# MINUTES
# OF
# THE BOARD OF DIRECTORS
# OF
# DORMIFY, INC.

**November 15, 2024**

A meeting of the board of directors (the "**Board**") of Dormify, Inc., a Delaware corporation (the "**Company**"), was held on **November 15, 2024** at 5:00PM ET via Google Meets.

The following directors were present at the meeting, constituting a majority of directors of the Company:

**BOARDMEMBERS**
- Alan Quasha, Chairman
- Alexandra Wilson
- Karen Zuckerman
- Fernando Gentil

In addition, the following parties were in attendance:

**COMPANY REPRESENTATIVES**
- Tyler Greif
- Logan Britt

**BOARD OBSERVERS**
- Amanda Zuckerman
- Lisa Myers
- Zachary Shaftal
- Collin Eckles

**COUNSEL TO DORMIFY: GOLDSTEIN & MCCLINTOCK**
- Harley Goldstein
- Joshua Grenard
- Ainsley Moloney
- William Thomas

All attendees confirmed that they could hear all other attendees.

The Board sent notice of the meeting to all parties having Board observer rights.

Each director confirmed their presence and consented to the holding of the meeting.

<u>MINUTES OF THE BOARD OF DIRECTORS OF DORMIFY, INC.</u>

A majority of directors of the Company were present at the meeting and the directors determined that a quorum was therefore present and that the meeting could proceed pursuant to the Company's bylaws and the Delaware General Corporation Law.

## **CALL TO ORDER.**

The Meeting Was Called to Order.

## **RESOLUTIONS**

Upon discussion by the board and the other attendees, the Board unanimously approved the following Resolutions:

WHEREAS, the undersigned, the board of directors ("*Board*") of Dormify, Inc. (the "*Company*"), having held a meeting and considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, hereby adopt the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, members, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*");

RESOLVED FURTHER, that either Karen Zuckerman and/or Sita Benedict (each, an "*Authorized Representative*" and collectively, the "*Authorized Representatives*") are hereby authorized and directed, on behalf of the Company, to execute the Petition and/or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representatives, or either one of them as the case may be, shall be, and hereby are, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representatives may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representatives, or either one of them as the case may be, are authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

MINUTES OF THE BOARD OF DIRECTORS OF DORMIFY, INC.

  RESOLVED FURTHER, that the Authorized Representatives, and any employees or agents (including counsel) designated by or directed by such Authorized Representatives (or any one of them as the case may be), shall be, and each hereby are, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representatives, shall be necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

  RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representatives (or either one of them as the case may be) or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

[*End Resolutions*]

**ADJOURNMENT.** There being no other business to consider, the meeting was adjourned at 5:58 P.M. Eastern Time.

*[Signature Page Follows]*

MINUTES OF THE BOARD OF DIRECTORS OF DORMIFY, INC.

The foregoing minutes of the meeting held on the date and time as first set forth above are true and correct.

DocuSigned by:

*Alan G. Quasha*
CF19DC0A1FCB430...

Alan Quasha, Chairman

DocuSigned by:

*karen Zuckerman*
DB0D3423A68C4DC...

Karen Zuckerman

*[signature]*

Alexandra Wilson

DocuSigned by:

*Fernando Gentil*
CEE4358BC5A4407...

Fernando Gentil