**United States Bankruptcy Court**
**District of Delaware**

In re: Dormify, Inc. (Debtor)                                                                 Case No.
                                                                                               Chapter 11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Dormify, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s) equity interests, or states that there are no entities to report under FRBP 7007.1:

1. AE Capital Limited (BVI)
2. Clerisy Global Fund I., L.P.

11/18/2024
Date

Maria Aprile Sawczuk, Esq.
Signature of Attorney
Counsel for Dormify, Inc.
Goldstein & McClintock LLLP
501 Silverside Rd.
Suite 65
Wilmington, DE 19809
(302) 444-6710
marias@goldmclaw.com