| Fill in this information to identify the case: |
| --- |
| Debtor name   Dormify, Inc. |
| United States Bankruptcy Court for the: _____ District of Delaware<br>(State) |
| Case number (If known):   24-12634 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FedEx Corporation<br>942 South Shady Grove Rd.<br>Memphis, TN 38120 | April Ardena<br>Telephone: (833)624-1822 Ext. 7452<br>Email: april.ardena.osv@fedex.com | Agreed Resolution/ Current Account Due | | | | $1,208,098.95 |
| 2 | Google, LLC<br>1600 Amphiteatre Parkway<br>Mountain View, CA 94043 | Liana Wong<br>Telephone: (646)584-9105<br>Emails: lianawong@google.com; collections@google.com | Online Advertising Services | | | | $614,367.29 |
| 3 | Meta Platforms, Inc.<br>1 Meta Way<br>Menlo Park CA 94025 | Unknown<br>Telephone: (650) 543-4800<br>Email: payment@fb.com | Social Media Advertising | | | | $513,852.13 |
| 4 | New Sega Home Textiles North America, Inc.<br>138 Main Street,<br>East Rockaway, NY 11518 | Guyer McCracken<br>Telephone: (513) 289-7566<br>Email: guyer.mccracken@newsegahome.com | Trade Debt | | | | $432,423.30 |
| 5 | Jiangsu Royal Home USA, Inc.,<br>14351 South Point Blvd.,<br>Charlotte, NC 28205 | Unknown<br>Telephone: (704)542-2304<br>Email: dbrown@jsroyalhome.com | Trade Debt | | | | $424,768.40 |
| 6 | Veyer, LLC<br>6600 N. Military Trail,<br>Boca Raton, FL 33496 | Brittany Hall<br>Telephone: None listed<br>Email: brittany.hall@theodpcorp.com | Logistics Services | | | | $226,892.55 |
| 7 | MNTN Digital, Inc.,<br>823 Congress Avenue #1827<br>Austin TX 78768 | Unknown<br>Telephone: (310)895-2110<br>Email: marietta@mountain.com | Targeted Advertising | | | | $194,677.12 |
| 8 | WCN Properties, L.P.,<br>900 Krine Rd., Suite 1<br>Chambersburg, PA 17201 | Unknown<br>Telephone: (717)262-2911<br>Email: kbricker@franklinlogistics.com | Warehouse Lease | | | | $153,458.34 |

Debtor  Dormify, Inc.  
_Name_

Case number (*if known*) 24-12634

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CommerceHub, Inc. (d/b/a Rithum) 1201 Peachtree St. NE Suite 600 Atlanta, GA 30361 | Unknown Telephone: (518)810-0700 Email: accounting@commercehub.com | E-commerce Platform Services | | | | $139,506.75 |
| 10 | CargoTrans, Inc. 1129 Northern Blvd. Manhasset, NY 11030 | Unknown Telephone: (630)327-8094 Email: dtroha@cargotransinc.com | Logistics Services | | | | $118,888.76 |
| 11 | Klayivo, Inc. 125 Summer St. Floor 6 Boston MA 02111 | Russ Turner Telephone: (800)338-1744 Emails: ar.finance@klayivo.com; russ.turner@klayivo.com | E-Marketing Services | | | | $103,360.48 |
| 12 | Snap, Inc. 3000 31st St., Loop North Santa Monica, CA 90405 | Unknown Telephone: (310)619-4510 Email: ar@snap.com | Social Media Advertising | | | | $94,522.61 |
| 13 | Mirakl, Inc. 100 Summer St., 5th Floor, Suite 550 Boston, MA 02110 | Unknown Telephone: (844)264-7255 Email: ar@mirakl.com | Software Services | | | | $87,784.39 |
| 14 | Claystrong Rentals 610 North 5th Avenue Chambersburg, PA 17201 | Lynn Armstrong Telephone: (717)729-4684 Email: Unknown | Warehouse Lease | | | | $69,726.34 |
| 15 | Pellettieri, Rabstein & Altman 989 Lenox Drive Suite 101 Lawrenceville, NJ 08648 | Andrew Watson Telephone: (609) 520-0900 Email: awatson@pralaw.com | Legal Services | | | | $62,790.00 |
| 16 | VCH (WKND Digital/Lancer Capital Holdings), 1045 National, Dr. #19 Sacramento, CA 95834 | Unknown Telephone: (307) 439-4107 Email: admin@venturecapitalholdings.com | Omni-Channel Marketing Strategy | | | | $39,830.55 |
| 17 | nuLOOM, Inc. 286 Prospect Plains Rd. Cranbury, NY 08512 | Kyle Bucholtz Telephone: (646)964-5518 Email: kyle.buchholz@rugsusa.com; jei@nuloom.com | Trade Debt | | | | $39,296.24 |
| 18 | 286 5th Ave. Realty Corp. c/o AB & Sons Group, LLC 25 West 36th Street, 2nd Floor New York, NY 10018 | Isaac Chetrit Telephone: (212)226-5795 Email: Unknown | Office Lease | | | | $35,551.52 |
| 19 | Linon Home Deco Products, Inc. 22 Jericho Turnpike Suite 200 Mineola, New York 11501 | Unknown Telephone: 1-800-262-1852 Email: Unknown | Trade Debt | | | | $33,927.30 |
| 20 | Simply Sisters Greek 3430 FM 2446 Franklin, TX 77856 | Unknown Telephone: (254)760-3665 Email: janet@simplysistersgreek.com | Trade Debt | | | | $32,409.20 |