# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DORMIFY, INC.,[1] ) | |
| ) | Case No. 24-12634-TMH |
| Debtor. ) | |
| ) | Re: D.I. No. 24 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of C. Kevin Kobbe of DLA Piper LLP (US) to represent Standvast Fulfillment, LLC in the above-captioned chapter 11 case.

Dated: November 22, 2024  
       Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE Bar No. 4050)
Roxanne M. Eastes (DE Bar No. 6654)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
       roxanne.eastes@us.dlapiper.com

*Counsel to Standvast Fulfillment, LLC*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: November 22, 2024  **DLA PIPER LLP (US)**

*/s/ C. Kevin Kobbe*
C. Kevin Kobbe
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Email: kevin.kobbe@us.dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 25th, 2024**  *[signature: Thomas M. Horan]*
**Wilmington, Delaware**  **THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**