# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| DORMIFY, INC., | ) |
| | ) Case No. 24-12634 (TMH) |
| Debtor. | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned matter:

(a) January 13, 2025 at 2:00 p.m. Eastern Time (Courtroom 7)

(b) February 11, 2025 at 10:00 a.m. Eastern Time (Courtroom 6)

*[signature: Thomas M. Horan]*

**Dated: December 6th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**