**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DORMIFY, INC., | : | Case No. 24-12634 (TMH) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

  Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **New Sega Home Textiles North America, Inc.**, Attn: Guyer McCracken, 138 Main Street, Suite 302, East Rockaway, NY 11518, Phone: 513-289-7566; Email: guyer.mccracken@newsegahome.com

2. **Simply Sisters Greek**, Attn: Janet Coen, 3430 FM 2446, Franklin, TX 77856, Phone: 254-760-3665, Email: janet@simplysistersgreek.com

3. **Jonathan Y Designs Inc.,** Attn: Adam Sayer, 185 Madison Avenue, 17th Floor, New York, NY 10016, Email: adam.sayer@jonathany.com

            ANDREW R. VARA
            United States Trustee, Region 3

            */s/ Jonathan W. Lipshie*
            JOSEPH J. MCMAHON, JR.
            ASSISTANT UNITED STATES TRUSTEE

DATED: December 11, 2024

Attorney assigned to this Case: Jonathan W. Lipshie, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Maria Aprile Sawczuk, Esq., Phone: (302) 444-6710