**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | Related to Docket No. 42 |

**ORDER GRANTING ADDITIONAL TIME**
**WITHIN WHICH TO FILE SCHEDULES AND STATEMENTS**

Upon the motion (the "*Motion*")[2] of the Debtor for entry of an order granting the Debtor additional time within which to file the Schedules and Statements; the Court finding that the relief requested herein is in the best interests of the Debtor's estate, its creditors, and other parties in interest; that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; that notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtor shall have until January 30, 2025 to file its Schedules and Statements pursuant to Bankruptcy Rule 1007(c); and it is further

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that such extension is without prejudice to the Debtor's right to seek a further extension of time to file its Schedules and Statements or to seek a waiver of the requirement for filing certain Schedules and Statements; and it is further

ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 2nd, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**