**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | |

**AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
JANUARY 17, 2025 AT 11:00 A.M. (EST)[3]**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.
REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**MATTERS WITH ORDERS ENTERED:**

1. Debtor's Application pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Goldstein & McClintock LLLP as Counsel for the Debtor, Nunc Pro Tunc to the Petition Date [Docket No. 41; Filed 12/12/2024]

    *Objection Deadline:* December 27, 2024 at 4:00 p.m. ET

    *Objections Received:* None.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

[2] *Amended items are shown in bold and italics.*

[3] This hearing will be held in Courtroom 7, United States Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801.

*Related Documents:*

 a. Certification of Counsel with Respect to Debtor's Application pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Goldstein & McClintock LLLP as Counsel for the Debtor, *Nunc Pro Tunc* to the Petition Date [Docket No. 54; Filed 12/30/2024]

 b. Order Authorizing the Employment and Retention of Goldstein & McClintock LLLP as Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date [Docket No. 55; Entered 12/31/2024]

**Status:** An order has been entered. This matter is not going forward.

2. Motion for Entry of an Order Granting Additional Time Within Which to File Schedules and Statements [Docket No. 42; Filed 12/16/2024]

*Objection Deadline:* December 30, 2024 at 4:00 p.m. ET

*Objections Received:* None.

*Related Documents:*

 a. Certification of Counsel with Respect to Order Granting Additional Time Within Which to File Schedules and Statements [Docket No. 56; Filed 12/31/2024]

 b. Order Granting Additional Time Within Which to File Schedules and Statements [Docket No. 57; Entered 1/2/2025]

**Status:** An order has been entered. This matter is not going forward.

**MATTER GOING FORWARD:**

3. Motion of Debtor for Partial Relief from, and Modification of, Requirements for a Claims and Noticing Agent Pursuant to Local Rule 2002-1(f) [Docket No. 14; Filed 11/21/2024]

*Objection Deadline:* December 30, 2024 at 4:00 p.m. ET (extended to January 6, 2025 for the United States Trustee)

*Objections Received:*

 a. United States Trustee's Objection to Motion of the Debtor for Relief from the Claims Agent Requirement [Docket No. 58; Filed 1/2/2025]

*Related Documents:*

 a. Notice of Hearing [Docket No. 44; Filed 12/16/2024]

    b.       Debtor's Reply to United States Trustee's Objection to Debtor's Motion for Partial Relief from, and Modification of, Requirements for a Claims and Noticing Agent pursuant to Local Rule 2002-1(f) [Docket No. 62; Filed 1/14/2025]

    c.       *Letter Regarding Claims Agent Motion [Docket No. 65; Filed 1/16/2025]*

**Status:**   This matter is going forward.

**STATUS CONFERENCE:**

**Status:**   At the Court's direction, a status conference is going forward.

                        Respectfully submitted,

Dated: January 16, 2025        **GOLDSTEIN & MCCLINTOCK, LLLP**

                        By: */s/ Maria Aprile Sawczuk*
                        Maria Aprile Sawczuk, Esq. (Bar ID 3320)
                        501 Silverside Road, Suite 65
                        Wilmington, DE 19809
                        Telephone: (302) 444-6710
                        marias@goldmclaw.com

                                -and-

                        Harley J. Goldstein, Esq. (admitted *pro hac vice*)
                        Ainsley G. Moloney, Esq. (admitted *pro hac vice*)
                        Joshua M. Grenard, Esq. (admitted *pro hac vice*)
                        William Thomas, Esq. (admitted *pro hac vice*)
                        111 W. Washington Street, Suite 1221
                        Chicago, IL 60602
                        Telephone: (312) 337-7700
                        harleyg@goldmclaw.com
                        ainsleyg@goldmclaw.com
                        joshuag@goldmclaw.com
                        willt@goldmclaw.com

                        *Counsel for the Debtor and Debtor-in-Possession*