# SIGN-IN SHEET

**CASE NAME:** Dormify
**CASE NO:** 24-12634

**COURTROOM LOCATION:** 7
**DATE:** 1/17/2025 at 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maria April Shucroil | Goldstein + McClintock LLP | Debtor |
| R. Stephen McNeill | Potter Anderson & Corroon LLP | Committee |
| Maria Kotsiras | Potter Anderson & Corroon LLP | Committee |
| Steven Adler | Bayard, P.A. | Noteholders |
| Jon Lipshie | UST | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Dormify
24-12634

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Kristin | McCloskey | Potter Anderson | Committee of Unsecured Creditors | Video and Audio |
| Harley | Goldstein | Goldstein & McClintock | Counsel for the Debtor and Debtor-in-Possession | Video and Audio |
| Joshua | Grenard | Goldstein & McClintock | Counsel for the Debtor and Debtor-in-Possession | Video and Audio |
| William | Thomas | Goldstein & McClintock LLLP | Dormify | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Andrew | Ehrmann | Potter Anderson | UCC | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | UST | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Emlyn | Cameron | | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Seo Kyong | Kim | Holland & Knight LLP | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Ben | Zigterman | Law360 | | Audio Only |