**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DORMIFY, INC.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 24-12634 (TMH) |

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT
BE CONVERTED TO CHAPTER 7 OR DISMISSED**

For the reasons set forth on the record at the January 17, 2025 hearing, this Court orders the above-captioned debtor (the "Debtor") to show cause why its case should not, under 11 U.S.C. § 1112, be converted to a case under chapter 7 or dismissed.

    1.    The Debtor's answer must be filed and served by no later than January 22, 2025 at 4:00 p.m. (ET).

    2.    Any other party's response must be filed and served by no later than January 24, 2025 at 9:00 a.m. (ET).

    3.    The hearing will be held on January 28, 2025 at 2:00 p.m. (ET) at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801. All counsel and witnesses are required to appear in person.

    4.    The Debtor must file a list of any exhibits or witnesses to be presented at the hearing and deliver copies of such exhibits to the Court by no later than January 23, 2025 at 4:00 p.m. (ET). Any other party wishing to present evidence at the hearing must file its witness and exhibit list and deliver copies of such exhibits to the Court by no later than January 25, 2025 at 4:00 p.m. (ET).

5. This Court retains jurisdiction to implement, interpret, and enforce this Order.

Dated: January 17, 2025  
Wilmington, Delaware

_____
Thomas M. Horan
United States Bankruptcy Judge