# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | **Related to Docket Nos. 69, 73** |

## NOTICE OF FILING OF TERM SHEET WITH RESPECT TO PROPOSED DEBTOR-IN-POSSESSION FINANCING

PLEASE TAKE NOTICE that:

1. On January 17, 2025, the Court entered an *Order to Show Cause Why Case Should Not Be Converted to Chapter 7 or Dismissed* [Docket No. 69] (the "*Show Cause Order*").

2. On January 22, 2025, the above-captioned Debtor and Debtor-in-Possession filed its *Response to Order to Show Cause Why Case Should Not Be Converted to Chapter 7 or Dismissed* [Docket No. 73] (the "*Response*").

3. In the Response, the Debtor stated that it had been negotiating terms sheets with certain parties interested in providing the Debtor with debtor-in-possession financing, and that it intended to file a motion to request approval of DIP financing prior to the January 28, 2025 hearing. Response at ¶10.

4. While the various constituents to this bankruptcy case did not reach agreement to the terms of the revised proposed term sheet and budget with adequate time to fully document such financing facility and include it with the draft financing motion prepared by the Debtor by January 28, the Debtor has nevertheless executed a term sheet (the "*Term Sheet*") and agreed to a DIP budget with certain of its noteholders (collectively, the "*DIP Lender*"), which Term Sheet represents a

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

substantial improvement over the prior versions of the term sheets submitted to this Court as trial exhibits. The Term Sheet and accompanying budget is attached hereto as <u>Exhibit A</u>.

5. The Term Sheet has been approved by the Official Committee of Unsecured Creditors (the "Committee"), pending final documentation. Further, with the execution of the Term Sheet, the Committee has deemed satisfied its conditions to support the Debtor remaining in chapter 11 upon the provision of DIP Financing and the filing of a motion. The Committee will offer support of the Debtor's proposed DIP Financing at the hearing on January 28, 2025.

Dated: January 27, 2025

**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (admitted *pro hac vice*)
Ainsley G. Moloney, Esq. (admitted *pro hac vice*)
Joshua M. Grenard, Esq. (admitted *pro hac vice*)
William H. Thomas, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com
joshuag@goldmclaw.com
willt@goldmclaw.com

*Counsel for the Debtors and Debtors-in-Possession*