**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers
Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial
Affairs* (these "Global Notes") pertain to, are incorporated by reference in, and
comprise an integral part of all of the Debtor's Schedules and Statements (defined
below). The Global Notes should be referred to, considered, and reviewed in connection
with any review of the Schedules and Statements. In the event that the Schedules and
Statements differ from the Global Notes, the Global Notes shall control.

1.   **Introduction.** The Schedules of Assets and Liabilities (the "Schedules") and Statements of
     Financial Affairs (the "Statements" or "SOFA"; together with the Schedules, the "Schedules
     and Statements") filed by Dormify, Inc., as debtor and debtor-in-possession (the "Debtor"),
     in the above-captioned chapter 11 case (the "Chapter 11 Case") with the United States
     Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") have been prepared
     by the Debtor's management pursuant to section 521 of title 11 of the United States Code, 11
     U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of
     Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtor prepared the Schedules and
     Statements on an independent basis and without taking into account generally accepted
     accounting principles ("GAAP"). The Schedules and Statements may not reconcile with the
     financial statements that the Debtor prepared in the ordinary course of business. The
     Schedules and Statements contain unaudited information that is subject to further review and
     potential adjustment.

2.   **Petition Date.** Unless otherwise noted, all asset and liability balances reported in the
     Schedules are as of the close of business on November 18, 2024 (the "Petition Date"). The
     Debtor reserves all rights to amend or adjust the value of each asset and liability set forth
     herein.

3.   **Global Notes Control.** These Global Notes are in addition to the specific notes set forth in
     the Schedules and Statements. The fact that the Debtor has prepared a Global Note with
     respect to a particular Schedule or Statement and not as to others does not reflect and should
     not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note
     to any or all of the Debtor's remaining Schedules or Statements, as appropriate. Disclosure
     of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or

---

[1]   The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax
identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters
is 286 5th Avenue, Floor 11, New York, NY 10001.

Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

4. **Preparation/Authorization**. Consistent with the terms of his engagement and the authority contained therein, the Schedules and Statements have been prepared at the direction of and authorized on behalf of the Debtor by Al Kirchhein, the Debtor's Chief Restructuring Officer, to whom ultimate decision-making authority has been delegated by the Debtor's Authorized Representatives (in such capacity, the "CRO"). The Schedules and Statements were prepared in collaboration with the Debtor's Controller, Sita Benedict, and were signed by her in her capacity as an authorized signatory for the Debtor in respect of the Schedules and Statements at the direction of the CRO (such individuals, collectively, the "Debtor Representatives"). In their respective efforts related to the preparation, review, authorization and signing of the Schedules and Statements, the Debtor Representatives relied upon, among other things, the efforts, statements, and representations of various personnel engaged by the Debtor and its advisors. The Debtor Representatives have not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, without limitation, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

5. **Disclaimers and Limitations**. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend, supplement, or otherwise modify the Schedules and Statements in every respect as it may deem to be necessary and/or appropriate. The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. Although commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors do not expressly undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

6. **Reservations and Limitations; Quantification of Claims.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to: (a) amend, supplement, or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including with respect to the description or

designation of any claim; (b) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any claim (regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated"). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this Chapter 11 Case, including, but not limited to, any claims against the Debtor, any rights or claims of the Debtor against any third party, or any issues involving claims, substantive consolidation, equitable subordination, or defenses and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules and Statements, or the Global Notes, is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

(a) **Recharacterization**. Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserve all rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate, including, without limitation, the nature or characterization of certain assets or liabilities, and whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(b) **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor' rights to recharacterize or reclassify such claim or contract or to setoff of such claim.

(c) **Claim Description**. Schedules D and E/F permit the Debtor to designate a claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on the Debtor' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all rights to subsequently designate such

claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, the listing of a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary and appropriate, including, without limitation, with respect to claim description and/or designation.

**(d)** **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts, including but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtor reserves all rights to amend the reported amounts of assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

**(e)** **Causes of Action**. Despite reasonable efforts to identify all known assets, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**(f)** **Insiders.** In instances where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to the individuals and entities who the Debtor believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (A) control of the Debtor, (B) the extent to which any individual exercised management responsibilities or functions, (C) corporate

decision-making authority over the Debtor, or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (ii) any other purpose.

7. **Methodology.**

    (a) **Basis of Presentation.** The Schedules and Statements are unaudited and do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"), nor were they reconciled with the Debtor's financial statements. These Schedules and Statements represent the Debtor's good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

    (b) **Claims Paid Pursuant to Court Orders.** The Bankruptcy Court authorized the Debtor to pay certain one prepetition employee related claim. Consequently, one prepetition fixed, liquidated and undisputed unsecured claim has been paid following the Petition Date. As such, some claims against the Debtor for prepetition amounts may have been paid as of the time the Schedules and Statements and may not have been included in the Schedules and Statements, or, alternatively may not have been removed and the amounts included in the Schedules and Statements may be overstated.

    (c) **Liabilities.** The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

    (d) **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect book values as of the Petition Date. Cash is reported as of the Petition Date on a bank basis. Amounts ultimately realized may vary from book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

    (e) **Exclusions.** The Debtor may have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including employee benefit accruals, accrued accounts payable, and deferred gains. The Debtor also has excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded.

**(f) Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor may have determined to only list such assets, liabilities, and prepetition payments once.

**(g) Executory Contracts**. Although the Debtor has made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by the counterparty to such contract or lease. The Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend, supplement, or otherwise modify Schedule G.

**(h) Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset. The book values of certain assets may materially differ from fair market values and/or the Debtor's enterprise valuation that may be prepared in connection with any disclosure statement to any Chapter 11 plan filed by the Debtor. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtor's enterprise value. Book values of assets generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

**(i) Property**. Unless otherwise indicated, owned property is valued at book value.

**(j) Allocation of Liabilities**. The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

**(k) Undetermined Amounts**. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**(l) Unliquidated Amounts**. Amounts that could not be fairly or readily quantified by the Debtor are scheduled as "unliquidated."

**(m) Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

## SPECIFIC SCHEDULE DISCLOSURES

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtor's assets and liabilities as of the Petition Date. As stated above, the Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtor prepared in the ordinary course of business. Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission as to the Debtor's solvency as of the Petition Date or at any time before the Petition Date. Likewise, to the extent the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date

1. **Schedule A/B**

   (a) **Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments**

   Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion [D.I. 12] and the Declaration of Karen Zuckerman in Support of First-Day Motions [D.I. 19, ¶5-12] Further, the Debtor has closed its bank account ending in x9142 and has scheduled its account ending in x2424 to close on February 16, 2025, pursuant to requests made by the Office of the United States Trustee for the District of Delaware at the Debtor's initial debtor interviews on December 9, 2024. The balances of the financial accounts listed on Schedule A/B, Part 1, are as of the Petition Date.

   Due to the manner in which such funds were held by PayPal, Inc. on behalf of and for the benefit of the Debtor, for purposes of this Schedule, the Debtor has included certain amounts owed by PayPal that remained unpaid as of the Petition Date in its calculation of "Cash Equivalents" in Paragraph 4.

   (b) **Part 3, ¶ 11 – Accounts Receivable.** Prior to the Petition Date, the Debtor was party to certain agreements with third-party sales partners in which certain amounts of funds payable to the Debtor on account of completed orders were held in suspense by such entities for a prescribed period of time to account for potential returns or other deductions prior to their release to the Debtor. Approximately $63,000 of such amounts are reflected as "accounts receivable" as of the Petition Date but relate to such suspense arrangements for goods already sold and funds already received on the Debtor's behalf.

   (c) **Part 11, ¶ 76 – All Other Assets**. To facilitate the payment of certain of its expenses, the Debtor contracted with a third-party payment processor – Bill.com – to issue checks and similar payments on behalf of the Debtor. The Debtor would fund the amount of such payments to an account at Bill.com from which such payments would be issued. In the event that a check was not negotiated or otherwise paid within 90 days of issuance, the funds with respect thereto would be returned to the Debtor. As such funds may

continue to be received by the Debtor at certain checks issued on behalf of the Debtor continue to expire, the Debtor's interest in such amounts remains unknown.

2. **Schedule D - Creditors Who Hold Claims in Property.** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Court that is or becomes final, the Debtor and its bankruptcy estate reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtor has included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. The Debtor made reasonable, good-faith efforts to include all liens and all available information related to such liens on Schedule D, but may have inadvertently omitted an existing lien or related information because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection or other documentation. Moreover, the Debtor has included on Schedule D parties that may believe its claims are secured through setoff rights or inchoate statutory lien rights but makes no admission or representation that any such asserted liens are valid, perfected, binding, or otherwise applicable.

3. **Schedule E/F – Creditors Who Have Unsecured Claims**

   (a) **Part 1 – Creditors with Priority Unsecured Claims.** The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status pursuant to section 507 of the Bankruptcy Code.

   Pursuant to the Revised Interim Cash Management Order [D.I. 26], the Debtor was authorized to pay certain prepetition amounts due for unpaid wages owed to the Debtor's controller, in an amount not to exceed $3,875.40. This amount did not exceed the caps in Section 507(a)(4) and Section 507(a)(5) of the Bankruptcy Code and was paid upon entry thereof.  As such, the Debtor has not included such amounts on Schedule E.

   As set forth in further detail in the Declaration of Karen Zuckerman in Support of Chapter 11 Case [D.I. 76] (the "Zuckerman Declaration"), because the Debtor conducts business in every state in the country, the Debtor believes that there may be certain unpaid state sales taxes related to its prepetition business operations. Although the Debtor had attempted to ensure its compliance with all tax requirements in states in which it understood it had a sufficient nexus to require payment of such taxes, certain states in which the Debtor may have met such a nexus may not have been included in the scope of the services performed by its third-party tax consultant. The Debtor does not yet know – but is working to determine – whether there are states to which unpaid prepetition sales taxes are owed (and, if so, what amounts are indeed owed).  Further, and as discussed in detail in Paragraphs 28 and 29 of the Zuckerman Declaration, the Debtor is presently assessing its income tax liability with respect to certain 2023 federal and state income taxes.  Although the Debtor has been diligently working with its accountants to complete

this analysis, the amount of which may be due in each instance is presently unknown.

**(b) Part 2 – Creditors with Nonpriority Unsecured Claims.** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estates, the Debtor has not listed a specific date or dates for such claim.

To the extent that Schedule E/F, Part 2 lists certain prepetition amounts owing to counterparties to executory contracts and unexpired leases, such prepetition amounts may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease or pursuant to a Court order otherwise permitting payment of such prepetition claims. In addition, Schedule E/F, Part 2 does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be rejected in this Chapter 11 Case.

The Debtor has attempted to identify any claim as "Disputed" which, upon information or belief, may relate to the "OCM Transaction" (as such term is defined in the Zuckerman Declaration) whether in whole or in part. Notwithstanding the foregoing, to the extent that any such claim is not yet scheduled or was inadvertently not characterized in such a manner, the Debtor unequivocally objects to and disputes any assertions of claims or obligations against the Debtor which were or are based on successor liability (or otherwise) by creditors of OCM, whose assets inured to the Debtor via merger with an entity acquiring such assets by, without limitation, a U.C.C. foreclosure sale. *See* Zuckerman Declaration at ¶¶ 36-43. The Debtor hereby reserves all rights with respect thereto to the maximum extent permitted by applicable law and consistent with these Global Notes.

**4. Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Certain agreements, including corporate constituent documents and confidentiality agreements, have not been listed on Schedule G. The Debtor reserves all rights with respect to such agreements. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserve all of its rights to

dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend, supplement, other otherwise modify such Schedule as necessary. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Contracts or agreements identified on Schedule G, include all amendments, supplements, and other documents related thereto. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

By virtue of its business operations and marketing strategies, the Debtor has contracts (including potential executory contracts) with hundreds of colleges and universities across the country. The Debtor continues to investigate which of these myriad of agreements may constitute executory contracts and will supplement this disclosure as appropriate at the completion thereof.

## SPECIFIC STATEMENT DISCLOSURES

1. **Part 6, ¶ 7 – Litigation.** The Debtor's records regarding actions and other proceedings initiated against them are organized by reference to the individual claimants involved. Actions initiated by multiple plaintiffs or claimants therefore may appear multiple times within the Debtor's records. The Debtor has made reasonable efforts to remove duplicate entries for each matter listed in Statement 7. Nonetheless, certain matters may have been inadvertently listed more than once. Statement 7 includes cases where the Debtor are a named party and certain cases where the Debtor's property may be implicated, but may not include such cases where the Debtor's property is implicated. The matters listed in Statement 7 may not include all actions or proceedings commenced against the Debtor after the Petition Date in violation of the automatic stay. For the avoidance of doubt, failure to list an action or proceeding in Statement 7 is not and shall not be construed as an admission that such case does not involve the Debtor. The Debtor reserves all rights to, but undertake no obligation to, amend, supplement, or otherwise modify Statement 7 as applicable. The Debtor have made reasonable efforts to ascertain and accurately disclose the names and addresses of the applicable courts and/or agencies for all actions listed in Statement 7. The Debtor reserves the right to, but undertake no obligation to, supplement or amend this response in the future if additional information becomes available. The Debtor has made reasonable efforts to ascertain and accurately disclose the status of all actions listed in Statement 7. The Debtor's designation of "pending," "on appeal," or "concluded" with respect to any action listed in Statement 7 does not constitute an admission regarding the status of any such action, and the Debtor reserve all rights with respect to the status of such actions.

2. **Part 6, ¶ 11.** Goldstein & McClintock LLLP ("G&M") currently serves as counsel to the Debtor. Prior to the Petition Date, G&M was retained by the Debtor to provide general workout and bankruptcy advice. This representation ultimately resulted in G&M assisting in the preparation of the requisite petitions, pleadings, exhibits, and lists needed to commence

this Chapter 11 Case. Prior to the Petition Date, G&M received $63,754.23 in advance payment retainers, of which the entirety was applied to pre-petition fees and expenses.

3. **Part 13, ¶ 26(a) – Accountants & Bookkeepers.** The Debtor has listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtor's books and records. Each of these individuals and/or firms are or may be supported by a team of employees and vendors who are not listed and may have had access to the Debtor's books and records.

4. **Part 13, ¶ 26(b) – Auditors.** The Debtor has listed those individuals and/or firms that have been identified as having the primary responsibility to audit the Debtor's books and records. Each of these individuals and/or firms are or may be supported by a team of employees and vendors who are not listed and may have had access to the Debtor's books and records.

5. **Part 13, ¶ 26(c) – Possession of Books & Records**. The Debtor has listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtor's books and records. Each of these individuals and/or firms are or may be supported by a team of employees and vendors who are not listed and may have had access to the Debtor's books and records.

6. **Part 13, ¶ 26(d) – Issued Financial Statements.** In the ordinary course of business, the Debtor provides certain parties, such as banks, auditors and financial advisors, with financial statements that may not be part of a public filing. Further, the Debtor, at times, pursuant to court order and/or under seal, provide financial statements to certain parties to certain nonbankruptcy litigation that may not be part of a public filing. The Debtor does not maintain complete lists to track such disclosures. As such, the Debtor has not provided lists of such parties in response to this question.

7. **Part 13, ¶ 30.1 - Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Where applicable, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

Debtor name **Dormify, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-12634**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

Part 1: **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................... $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $ 9,616,247.60

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $ 9,616,247.60

Part 2: **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 4,389,535.66

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 81,162.92

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 6,269,944.29

4. **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b

$ 10,740,642.87

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 30, 2025__    X **/s/ Sita Benedict**
                                    Signature of individual signing on behalf of debtor

                                    **Sita Benedict**
                                    Printed name

                                    **Controller**
                                    Position or relationship to debtor

Debtor name **Dormify, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-12634**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Eagle Bankcorp, Inc. dba Eagle Bank** | **Checking** | **1088** | $21,997.00 |
| 3.2. | **JP Morgan Chase Bank, NA** | **Checking** | **9009** | $294,610.41 |
| 3.3. | **Silicon Valley Bank** | **Checking** | **2424** | $1.00 |
| 3.4. | **Banc of California** | **Checking** | **9142** | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Paypal Account** | $46,892.70 |

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $363,501.11 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **286 5th Ave Realty Corp.**                                    $65,388.68

      7.2.  **Sunnyhill Properties**                                        $1,285.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.  **Shenandoah Framing, Inc. - prepayment for supplies, Paid 8/9/24**    $37,500.00

9.    **Total of Part 2.**                                                  $104,173.68
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:    **114,772.01** - **0.00** = ....    $114,772.01
                                   face amount      doubtful or uncollectible accounts

      11b. Over 90 days old:       **805.80** - **0.00** =....    $805.80
                                   face amount      doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                  $115,577.81
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** Inventory for Sale | 11/17/2024 | $2,516,135.16 | Estimated Retail | $9,032,995.00 |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $9,032,995.00 |

24.  **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Office Furniture in New York, NY and Chambersburg, PA offices | $9,272.32 | Estimated Retail | $0.00 |
| 40.  **Office fixtures** Fixtures in New York, NY and Chambersburg, PA offices | $6,572.82 | Estimated Retail | $0.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment in New York, NY and Chambersburg, PA offices | $5,031.11 | Estimated Retail | $0.00 |

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                                                                                 | $0.00 |
Add lines 39 through 42. Copy the total to line 86.

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **286 Fifth Ave., 11th Floor, New York, NY 10001** | Lease | $0.00 | | $0.00 |
| 55.2.  **375 Floral Ave., Suite #116, Chambersburg, PA 17201** | Lease | $0.00 | | $0.00 |

56.      **Total of Part 9.**                                                                                               | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** See line 65 | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** See line 65 | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** licenses | Unknown | N/A | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** See line 65 | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** See line 65 | $0.00 | | Unknown |
| 65. | **Goodwill** IP, Internet Domains, customer lists and other intangibles | $4,747,769.11 | Book Value | Unknown |

| 66. | **Total of Part 10.** | | Unknown |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Tax Refund/Net Operating Loss** | Tax year | **Unknown** |
|---|---|---|

73. **Interests in insurance policies or annuities**

| **Zurich American Insurance - D&O Policy** | **$0.00** |
|---|---|

| **Insurance Policies with Hartford, Trumbell and other insurance companies for commercial general liability, auto insurance, umbrella liabilty and worker compensation** | **$0.00** |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**See Global Notes.  In addition to rights to setoff and counterclaims, the Debtor's bankruptcy estate possesses actions under Chapter 5 of the Bankruptcy Code among others.**                                  **Unknown**
**Nature of claim**
**Amount requested**                    **Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**See Global Notes and Line 74 above**                  **Unknown**
**Nature of claim**
**Amount requested**                    **Unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Remitted Funds - (See Global Notes)**                  **Unknown**

78. **Total of Part 11.**                  **Unknown**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$363,501.11** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$104,173.68** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$115,577.81** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$9,032,995.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Unknown** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **Unknown** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$9,616,247.60** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$9,616,247.60** |

Debtor name    **Dormify, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-12634**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Eagle Bankcorp, Inc. dba Eagle Bank**

Creditor's Name

**7500 Old Georgetown Road**
**3rd Floor**
**Bethesda, MD 20814**

Creditor's mailing address

**mlichtenstein@shulmanrogers.com**

Creditor's email address, if known

Date debt was incurred

**5/27/21**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**

**Creditor asserts either a first or second priority security interest in the Debtor's lienable assets inverse to that of the Secured Noteholders in Part 2.2 below.**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**$2,191,926.56**     **Unknown**

---

**2.2**   **Secured Noteholders**

Creditor's Name

**C/o United Corporate Services Inc.**
**800 North State Street,**
**Suite 304**
**Dover, DE 19901**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Describe debtor's property that is subject to a lien**

**Creditor asserts either a first or second priority security interest in Debtor's lienable assets inverse to that of Eagle Bank in Part 2.1 above.**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

☐ No
☑ Yes (only certain Secured Note holders)

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**     **Unknown**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Standvast Fulfillment, LLC** | Describe debtor's property that is subject to a lien | $2,197,609.10 | $9,032,995.00 |
|---|---|---|---|---|

Creditor's Name

**8910 Snowden River Dr. #100**
**Columbia, MD 21046**

Creditor's mailing address

**Inventory for Sale**

**Describe the lien**
**Creditor asserts warehouseman's Lien**

**Is the creditor an insider or related party?**

**kevin.kobbe@us.dlapiper.com**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,389,535.66 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **276 Ventures**<br>**20803 Biscayne Blvd., Suite 502**<br>**Aventura, FL 33180** | Line **2.2** | |
| **Andrew and Helene Glick**<br>**11415 Ridge Mist Terrace**<br>**Potomac, MD 20854** | Line **2.2** | |
| **Andrew Costa**<br>**2739 Windover Dr.**<br>**Corona Del Mar, CA 92625** | Line **2.2** | |
| **BAM Senior Credit I, LLC**<br>**c/o United Corporate Services, Inc.**<br>**800 North Street**<br>**Suite 304**<br>**Dover, DE 19901** | Line **2.2** | |

| | | |
|---|---|---|
| **Catherine K. Hopkin**<br>**YVS Law, LLC**<br>**11825 W. Market Place**<br>**2nd Floor**<br>**Fulton, MD 20759** | Line  **2.1** | |
| **Cayce Roy**<br>**8910 Snowden River Dr.**<br>**#100**<br>**Columbia, MD 21046** | Line  **2.3** | |
| **Clerisy Global Fund I, LP**<br>**77 Harbor Drive**<br>**#68**<br>**Key Biscayne, FL 33149** | Line  **2.2** | |
| **CR Financial Holdings Inc.**<br>**2340 Collins Ave.**<br>**Suite 402**<br>**Miami Beach, FL 33139** | Line  **2.2** | |
| **Earl Furfine**<br>**5055 Fiorella Lane**<br>**Sanford, FL 32771** | Line  **2.2** | |
| **Ericka Johnson**<br>**Bayard, P.A.**<br>**600 N. King St., Suite 400**<br>**PO 25130**<br>**Wilmington, DE 19899** | Line  **2.2** | |
| **Jerome A. Zuckerman Revocable Trust**<br>**2575 S. Ocean Blvd.**<br>**Suite 301**<br>**Boca Raton, FL 33487** | Line  **2.1** | |
| **Jerry A. Zuckerman**<br>**2575 S. Ocean Blvd.**<br>**Suite 301**<br>**Boca Raton, FL 33487** | Line  **2.1** | |
| **Karen Zuckerman**<br>**2575 S. Ocean Blvd.**<br>**Suite 301**<br>**Boca Raton, FL 33487** | Line  **2.1** | |
| **Karen Zuckerman Revocable Trust**<br>**2575 S. Ocean Blvd.**<br>**Suite 301**<br>**Boca Raton, FL 33487** | Line  **2.1** | |
| **Kenneth Brodkowitz**<br>**1447 Peregrine point Drive**<br>**Sarasota, FL 34231** | Line  **2.2** | |
| **Michael Lichtenstein**<br>**Shulman Rogers**<br>**12505 Park Potomac Avenue**<br>**6th Floor**<br>**Potomac, MD 20854** | Line  **2.2** | |

**Natureza Opportunity Fund**
**1555 Nixon Avenue**
**Reno, NV 89509**

Line  **2.2**

**Ricardo Palacio**
**Ashby & Geddes**
**500 Delaware Ave.**
**PO Box 1150**
**Wilmington, DE 19899**

Line  **2.1**

**Solomon Family Dynasty Trust 2012**
**212 S. Island Dr.**
**Golden Beach, FL 33160**

Line  **2.2**

**Wayne Swanton**
**455 Avery Creek Rd.**
**Arden, NC 28704**

Line  **2.2**

**William Fleming**
**2490 NY 43rd St.**
**Boca Raton, FL 33431**

Line  **2.2**

Debtor name  **Dormify, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-12634**

☐ Check if this is an
    amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Amanda Segal**<br>**51 Jay St.**<br>**Apt. 5E**<br>**Brooklyn, NY 11201-2829** | $10,783.77 | $10,783.77 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Andrea Murdock**<br>**165 Thorne St.**<br>**Unit 1**<br>**Jersey City, NJ 07307** | $3,694.38 | $3,694.38 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.55 | $1,826.55 |

**Angelica Sanchez**
**2 Magnolia Drive**
**Enfield, CT 06082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,638.59 | $1,638.59 |

**Brittany Blount**
**33744 Silver Pine Dr.**
**Leesburg, FL 34788**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,867.20 | $1,867.20 |

**Caroline Casey**
**406 Brigham Ct.**
**Riverton, NJ 08077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,421.68 | $4,421.68 |

**Dylan Smith**
**1112 N. 4th St.**
**Apt. 213**
**Columbus, OH 43201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,087.00 | $2,087.00 |
| | **Emily Hopkins** | Check all that apply. | | |
| | **1490 Cedar Lane** | ☐ Contingent | | |
| | **Hamilton Township, NJ 08610** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.97 | $1,674.97 |
| | **Emily Rothenberg** | Check all that apply. | | |
| | **155 East 31st St** | ☐ Contingent | | |
| | **9E** | ☐ Unliquidated | | |
| | **New York, NY 10016** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,136.06 | $3,136.06 |
| | **Emily White** | Check all that apply. | | |
| | **57 W. 106th St.** | ☐ Contingent | | |
| | **Apt. 5B** | ☐ Unliquidated | | |
| | **New York, NY 10025** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,072.63 | $6,072.63 |
| | **Gene Gendek** | Check all that apply. | | |
| | **405 Harvest Way** | ☐ Contingent | | |
| | **Bordentown, NJ 08505** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Unpaid Federal Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,704.09** | **$4,704.09** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|

**Janine Cifuentes**
**1440 Burnet Ave.**
**Union, NJ 07083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,746.88** | **$5,746.88** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|

**Jenny Curran**
**22 Crown Rd.**
**Ewing Township, NJ 08638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,538.13** | **$3,538.13** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|

**Kara Colborne**
**301 East 22nd St.**
**5G**
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,343.16** | **$2,343.16** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|
| | **Marc Torres**<br>**2745 Harvard Drive**<br>**Warrington, PA 18976** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,357.25** | **$8,357.25** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|
| | **Melissa Zink**<br>**104 Harrogate Dr.**<br>**Lumberton, NJ 08048** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,259.31** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|---------------|-----------|
| | **New York State Department of**<br>**Taxation**<br>**Attn:  Office of Counsel**<br>**Building 9**<br>**WA Harriman Campus**<br>**Albany, NY 12227** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,865.31** | **$4,865.31** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|
| | **Tammi Geyer**<br>**1970 Quiqley Dr.**<br>**Chambersburg, PA 17202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,667.12 | $2,667.12 |
|---|---|---|---|---|

**2.19** Priority creditor's name and mailing address

**Taylor Everson**
**1749 Cape Hatteras Drive**
**Chambersburg, PA 17202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,667.12      $2,667.12

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

**Vitaliy Yaroshevskiy**
**674 Hamilton Street**
**Rahway, NJ 07065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,478.84      $7,478.84

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**1Thrive LLC**
**801 Shotgun Road**
**Fort Lauderdale, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,554.94

---

**3.2** Nonpriority creditor's name and mailing address

**286 Fifth Avenue Realty Corp.**
**c/o AB & Sons Group, LLC**
**25 West 36th Street, 2nd Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$38,262.37

---

**3.3** Nonpriority creditor's name and mailing address

**3 Sprouts**
**215-385 Silver Star Blvd.**
**Toronto, ON M1V 0E3**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$43.19

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,883.00 |
|---|---|---|---|

**4 ArtWorks**
**2921 NW 6th Ave.**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.80 |
|---|---|---|---|

**8x8, Inc.**
**P.O. Box 848080**
**Los Angeles, CA 90084-8080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.20 |
|---|---|---|---|

**9 Kings Hong Kong Ltd.**
**Unit B, 16/f., Yardley Commercial Bldg.**
**3  Connaught Road West**
**Sheeung Wan, HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,485.34 |
|---|---|---|---|

**AETNA Medical Benefits**
**151 Farmington Avenue**
**Hartford, CT 06156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.05 |
|---|---|---|---|

**Allison Cohen dba Creative Jawns LLC**
**1101 East Hector Street**
** Apt. 361**
**Conshohocken, PA 19444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.17 |
|---|---|---|---|

**Amazon Web Services, Inc.**
**410 Terry Avenue North**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.74 |
|---|---|---|---|

**American Fulfillment, Inc. (Apollo Tools**
**5775 12th Avenue East**
**Suite 110**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.00 |
|---|---|---|---|

**American Heritage Textiles**
**1315 Cedar Grove Road**
**Shepherdsville, KY 40165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,592.47 |
|---|---|---|---|

**Americanflat Corporation**
**230 5th Ave.**
**Suite 1417**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|---|

**Anthony Kim**
**1212 Guadalupe St.**
**Apt. 701**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.71 |
|---|---|---|---|

**April Lane Art**
**5401 Chedworth Drive**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,539.00 |
|---|---|---|---|

**APU - American Public Univerity System**
**393 North Lawrence Street**
**Attn: Lacy Dailey**
**Charles Town, WV 25414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.17 |
|---|---|---|---|

**Arc Best**
**2701 16th St.**
**Bldg. B**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,645.66 |
|---|---|---|---|

**ASA Cleaning Service Corp.**
**102 Smoke Rise Drive**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.18 | |

**Nonpriority creditor's name and mailing address**
**ASL Marketing, Inc.**
**2 Dubon Court**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$29,982.67**

---

| | |
|---|---|
| 3.19 | |

**Nonpriority creditor's name and mailing address**
**Attentive Mobile, Inc.**
**156 5th Ave.**
**Suite 303**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$22,399.26**

---

| | |
|---|---|
| 3.20 | |

**Nonpriority creditor's name and mailing address**
**Audreypreneur**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.21 | |

**Nonpriority creditor's name and mailing address**
**Audreypreneur (Audrey Hanna)**
**4015 Craft Street**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$117.62**

---

| | |
|---|---|
| 3.22 | |

**Nonpriority creditor's name and mailing address**
**BAMBOOzzz - ALBERTO VITA Inc.**
**450 Raritan Center Parkway**
**Suite B**
**Edison, NJ 08837**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,873.32**

---

| | |
|---|---|
| 3.23 | |

**Nonpriority creditor's name and mailing address**
**Ban.do Designs LLC**
**134 Beech Bend Rd.**
**Bowling Green, KY 42101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,443.00**

---

| | |
|---|---|
| 3.24 | |

**Nonpriority creditor's name and mailing address**
**Be Rooted**
**1706 Waterchase Drive**
**Dacula, GA 30019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$78.54**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,990.00 |
|---|---|---|---|
| | **Bear Down Brands, LLC**<br>**2803 South Yale Street**<br>**Santa Ana, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|
| | **Bedford Cottage LLC -Bedford Collections**<br>**2456 Brown Ave.**<br>**Manchester, NH 03103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,756.52 |
|---|---|---|---|
| | **Belnick Retail LLC**<br>**4350 Ball Ground Highway**<br>**Canton, GA 30114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,298.35 |
|---|---|---|---|
| | **Birdie Love LLC**<br>**42 Colorado Avenue**<br>**Berkeley, CA 94707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.00 |
|---|---|---|---|
| | **Blendjet Inc.**<br>**535 Getty Court**<br>**Benicia, CA 94510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,132.39 |
|---|---|---|---|
| | **Borough of Chambersburg**<br>**100 South 2nd Street**<br>**PO Box 1009**<br>**Chambersburg, PA 17201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,668.28 |
|---|---|---|---|
| | **BOW USA LLC**<br>**100 N. Biscayne Blvd.**<br>**Suite 800**<br>**Miami, FL 33132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,318.34 |
|---|---|---|---|

**Brewster Hme Fashions LLC**
**67 Pacella Park Drive**
**Randolph, MA 02368**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,168.99 |
|---|---|---|---|

**Brightech Plus**
**14530 Keswick St.**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.49 |
|---|---|---|---|

**Brightspeed**
**P.O. Box 6102**
**Carol Stream, IL 60197-6102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,821.84 |
|---|---|---|---|

**Brinks Home/Monitronics Intl. Inc.**
**PO Box 7410844**
**Chicago, IL 60674-0844**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.53 |
|---|---|---|---|

**Brittnee Lavender**
**4105 Victory Dr.**
**Apt. B204**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.20 |
|---|---|---|---|

**Brooke & Dylan LLC - Pool Candy**
**8500 Northwest 17th Street**
**Suite 100**
**Doral, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.50 |
|---|---|---|---|

**Butterscotch Blankees**
**17703 Lomond Court**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,753.90** |
|---|---|---|---|

**BY LAND AND SEE Inc. dba ri-ri-ku**
**5007 N. Figueroa St.**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.28** |
|---|---|---|---|

**Calladine Creative Co.**
**1221 New Meister Lane**
**Apt. 3021**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$451.20** |
|---|---|---|---|

**Capri Designs**
**549 Capri Pt.**
**Lavonia, GA 30553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,388.77** |
|---|---|---|---|

**CargoTrans**
**1129 Northern Blvd.**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.52** |
|---|---|---|---|

**Cassie Designs Stuff**
**800 Hampton Drive**
**Suite J**
**Los Angeles, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211.92** |
|---|---|---|---|

**Cenports Commerce Inc.**
**1742 Sabre Street**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,105.39** |
|---|---|---|---|

**Chambersburg Waste Paper Co. Inc.**
**900 Krine Rd.**
**Suite 1**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.63 |

**Chloe Sheftel**
**18 Hunt Court**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,046.70 |

**Church Hill Classics**
**594 Pepper St.**
**Monroe, CT 06468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |

**CK Organizers**
**2720 Dundee Rd.**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,726.34 |

**Claystrong Rentals**
**610 North 5th Ave.**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,747.00 |

**Clemson University**
**100 Mell Hall**
**Clemson, SC 29634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.57 |

**Clerisy Global Capital Management LP**
**77 Harbor Drive**
**#68**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,012.00 |

**Colorado Department of Revenue**
**P.O. Box 17087**
**Denver, CO 80261-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $9,832.86 |
| | **Comcast** | ☐ Contingent |
| | **1020 Dennison Avenue** | ☐ Unliquidated |
| | **Columbus, OH 43201** | ☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $139,818.00 |
| | **CommerceHub Inc. dba Rithum** | ☐ Contingent |
| | **1201 Peachtree St. NE** | ☐ Unliquidated |
| | **Suite 600** | ☐ Disputed |
| | **Atlanta, GA 30361** | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $6,328.20 |
| | **Compass Experience Labs** | ☐ Contingent |
| | **Eleven Conagra Drive** | ☐ Unliquidated |
| | **Omaha, NE 68102** | ☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $13,111.92 |
| | **ConAgra Food Sales LLC** | ☐ Contingent |
| | **Eleven Conagra Drive** | ☐ Unliquidated |
| | **Omaha, NE 68102** | ☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $756.00 |
| | **Cooluli** | ☐ Contingent |
| | **1425 37th Street** | ☐ Unliquidated |
| | **Suite 213** | ☐ Disputed |
| | **Brooklyn, NY 11218** | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $73.59 |
| | **Cordbrick LLC** | ☐ Contingent |
| | **1650 Crayton Road** | ☐ Unliquidated |
| | **Naples, FL 34102** | ☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $36.00 |
| | **Corey Paige Designs Inc** | ☐ Contingent |
| | **17 The Pines** | ☐ Unliquidated |
| | **Old Westbury, NY 11568** | ☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Customer Portfolios LLC dba Stirista**
PO Box 920611
Needham, MA 02492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.25 |
|---|---|---|---|

**Delilah Day Rapkin**
400 Shady Oak Street
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.50 |
|---|---|---|---|

**DENY Designs**
1655 26th Street
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.06 |
|---|---|---|---|

**Discover Night**
2323 East Highland Avenue
Unit 1532
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.64 |
|---|---|---|---|

**Donella Coram dba Walker Noble Studios**
5229 Lunsford Dr.
Los Angeles, CA 90041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.90 |
|---|---|---|---|

**Doodleby Meg (Meghan Wallace)**
10132 Wimbledon Ct.
The Village, OK 73120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

**East Tennessee State Residence Hall Asso**
100 Central Receiving
Dept. of Housing & Res. Life
Johnson City, TN 37614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,759.00 |
|---|---|---|---|

**EcoPhilia Ltd.**
**717 B 7/F Gee Lok Industrial Building**
**34 Hung to Road Kun Tong**
**Kowloon Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.70 |
|---|---|---|---|

**Erica Jean Coven**
**352 West End Ave.**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,876.32 |
|---|---|---|---|

**Ettitude Holdings, Inc.**
**3037 11th Ave.**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.52 |
|---|---|---|---|

**EverGrace Home Inc.**
**23 Caspian**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,254.65 |
|---|---|---|---|

**Expert Lab Services**
**1445 Woodmont Ln NW**
**#1670**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,078.60 |
|---|---|---|---|

**FashionHive Inc (Mommesilk)**
**8 Green Ste R.**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,709.93 |
|---|---|---|---|

**Fatboy USA LLC**
**875 West Sandy Lake Road**
**Suite 100**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,222,016.25** |
|---|---|---|---|

**FedEx Corporation**
**942 South Shady Grove Rd.**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,853.00** |
|---|---|---|---|

**Feedonomics**
**11305 4 Points Dr.**
**Building 2, Suite 100**
**Austin, TX 78726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.63** |
|---|---|---|---|

**Filterbaby LLC**
**8729 Shoreham Dr.**
**Apt. 1**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.74** |
|---|---|---|---|

**Firma Hirvinen, Sonja**
**Kasavuorentie 12 c 12**
**Kauniainen, Stokholms Lan**
**11667 02700 FINLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,024.79** |
|---|---|---|---|

**Flora Bunda**
**9528 Richmond Pl.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$937.46** |
|---|---|---|---|

**FluffCo, LLC**
**10001 Venice Blvd. 425**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,153.69** |
|---|---|---|---|

**Flywheel Ltd.**
**14805 41st Avenue North**
**Minneapolis, MN 55446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.20** |
|---|---|---|---|

**For Your Bed LLC**
**550 Reserve Street**
**Suite 190**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Foursixty Inc.**
**329 Howe Street**
**PMB 2066**
**Vancouver, BC V6C3N2  CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,057.08** |
|---|---|---|---|

**Frieda Print Designs**
**Walterstrabe 16**
**Wuerzburg, 97074 GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,957.50** |
|---|---|---|---|

**Furbish**
**1053 E. Whitaker Mill Rd.**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,321.70** |
|---|---|---|---|

**G3 Home Inc. dba The Nesting Company**
**1296 East 10th St.**
**1st Floor**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,076.00** |
|---|---|---|---|

**GCE**
**201 South Tryon Street**
**PO Box 1036**
**Charlotte, NC 28201-1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.53** |
|---|---|---|---|

**Georgetown College**
**400 East College Street**
**Box 187**
**Residence Life**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$543.50** |
|---|---|---|---|

**Golden Gems LLC**
**3108 Locust St.**
**Saint Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$617,203.50** |
|---|---|---|---|

**Google LLC**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$828.00** |
|---|---|---|---|

**Grad Tech Solutions**
**20 Knoll Street**
**Riverside, CT 06878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.34** |
|---|---|---|---|

**GraphicsByEva (Eva Pound)**
**2511 I Street Northwest**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$137.54** |
|---|---|---|---|

**Gretchen Greever**
**3748 Mandeville Lane**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,191.66** |
|---|---|---|---|

**GS1 US, Inc.**
**300 Princeton South Corporate Center**
**Ewing Township, NJ 06828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.00** |
|---|---|---|---|

**Hangzhou ShouYi I/E Co., Ltd.**
**Room 407, Building 4**
**No. 299/301 HuaXi Road**
**ShiQiao Street Hang Zhou,  CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.72 |
|---|---|---|---|

**HDS Trading Corp.**
**1305 Jersey Ave.**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,576.07 |
|---|---|---|---|

**Her Multitasky LLC**
**22259 Kittridge Street**
**Los Angeles, CA 91303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,184.54 |
|---|---|---|---|

**HK Yuanhao Holding Group Limited**
**Shop 185 G/F, Hang Wai Ind. Centre**
**No. 6 Kin Tai St.**
**Tuen Mun, NT    HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,988.07 |
|---|---|---|---|

**HomePlace Store LLC**
**424 Jackson Street**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.92 |
|---|---|---|---|

**Honey Island Studio**
**1717 De La Vina Street**
**Apt. 01**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,360.42 |
|---|---|---|---|

**Honey-Can-Do**
**5300 St. Charles Road**
**Berkeley, IL 60163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,987.93 |
|---|---|---|---|

**ILW LC (Think smallish)**
**30 North Gould Street**
**Suite 5437**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,903.78 |
|---|---|---|---|
| | **Impact Tech Inc.**<br>**223 E. De La Guerra St.**<br>**Santa Barbara, CA 93101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,006.65 |
|---|---|---|---|
| | **Impression Vanity Co.**<br>**1402 Morgan Circle**<br>**Tustin, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,945.00 |
|---|---|---|---|
| | **India's Heritage Inc.**<br>**501 Penhorn Avenue**<br>**Unit 1**<br>**Secaucus, NJ 07094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.33 |
|---|---|---|---|
| | **Indiana Tech (IAT)**<br>**1600 E. Washington Blvd.**<br>**Fort Wayne, IN 46803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,976.00 |
|---|---|---|---|
| | **INDO Count Industries**<br>**301 Arcadia, 3rd Floor**<br>**Nariman Point**<br>**Mumbai 400021  INDIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.05 |
|---|---|---|---|
| | **Inked By Dani**<br>**P.O Box 1636**<br>**Port Washington, NY 11050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.00 |
|---|---|---|---|
| | **J Call Designs LLC dba Anaya**<br>**1508 Bay Road Unit N606**<br>**Miami Beach, FL 33139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.02** |

3.109 **Nonpriority creditor's name and mailing address**

**JC Ehrlich**
**PO Box 740608**
**Cincinnati, OH 45274-0608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$389.02**

---

3.110 **Nonpriority creditor's name and mailing address**

**Jeffrey Wolf**
**43 William Street**
**Glen Head, NY 11545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$124.95**

---

3.111 **Nonpriority creditor's name and mailing address**

**Jenna Nimaroff**
**33 New Hampshire Street**
**Long Beach, NY 11561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2.81**

---

3.112 **Nonpriority creditor's name and mailing address**

**Jennifer Bett Communications**
**37 W 20th St.**
**New York, NY 10111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29,335.93**

---

3.113 **Nonpriority creditor's name and mailing address**

**Jiangsu Royal Home USA Inc.**
**14351 South Point Blvd.**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$424,768.40**

---

3.114 **Nonpriority creditor's name and mailing address**

**Jonathan Y Designs, Inc.**
**185 Madison Avenue**
**Suite 602**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,007.38**

---

3.115 **Nonpriority creditor's name and mailing address**

**Julia Santos**
**2328 Silvano Drive**
**Macungie, PA 18062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$70.46**

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,360.48 |
|---|---|---|---|

**Klaviyo, Inc.**
**125 Summer St.**
**Floor 6**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.96 |
|---|---|---|---|

**KNG International LLC**
**627 Tollis Parkway**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.81 |
|---|---|---|---|

**Krista Mosakowski**
**45018 Buckhorn Trail**
**Maricopa, AZ 85139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.62 |
|---|---|---|---|

**Kyle Cavan Jewelry**
**611 Broadway**
**Suite 712**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.25 |
|---|---|---|---|

**Laundry Room Studios**
**469 Huron St.**
**Apt. 1813**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $736.70 |
|---|---|---|---|

**Laurel Greenfield Art**
**52 Strathmore Rd.**
**Apt. 5**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Lettuce Commerce, Inc.**
**56 Hibiscus Avenue**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,619.02** |
|---|---|---|---|

**Lifelines**
**PO Box 5220**
**Westport, CT 06881**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.90** |
|---|---|---|---|

**Lindsey cherek Art**
**2623 Malmquist Ave.**
**Red Wing, MN 55066**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.17** |
|---|---|---|---|

**LindseyKay Nichols**
**2840 Blake Street**
**231**
**Denver, CO 80205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,155.30** |
|---|---|---|---|

**Linon (Dropship)**
**22 Jericho Turnpike**
**Suite 200**
**Mineola, NY 11501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.89** |
|---|---|---|---|

**Lively Root Technologies, Inc.**
**600 B Street**
**Suite 300**
**San Diego, CA 92101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268.17** |
|---|---|---|---|

**Loftie, Inc.**
**26 Grove Street**
**5c**
**New York, NY 10014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,134.79** |
|---|---|---|---|

**Lojo Collegiate Apparel**
**9734 Salty Bay Dr.**
**Delray Beach, FL 33446**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.32 |
|---|---|---|---|

**Madison Ave. Prints (Spencyr Flagg)**
**300 City Park Dr.**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.23 |
|---|---|---|---|

**Marist College (MAR)**
**Housing Office**
**Attn:  Christina Winnett**
**3399 North Road**
**Poughkeepsie, NY 12601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,846.84 |
|---|---|---|---|

**Marmont Hill Inc.**
**8050 Signature Club Circle**
**Unit 201**
**Naples, FL 34113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.54 |
|---|---|---|---|

**Marquee Innovations**
**255 West 36th St.**
**Room 205**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.00 |
|---|---|---|---|

**Maryland Institute College of Art**
**1300 West Mount Royal Avenue**
**MICA Student Activities**
**Baltimore, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,530.10 |
|---|---|---|---|

**McNamee Hosea**
**6441 Ivy Lane**
**Suite 200**
**Greenbelt, MD 20770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,774.00 |
|---|---|---|---|

**mDesign**
**30320 Emerald Valley Parkway**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.75 |
|---|---|---|---|

**Melissa Wanbon**
**1603 1188 Bidwell Street**
**Vancouver BC V6G 0c6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513,852.13 |
|---|---|---|---|

**Meta Platforms, Inc.**
**1 meta way**
**Menlo Park, CA 94024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,262.57 |
|---|---|---|---|

**Mike Anderson**
**7149 Aberdeen Ave.**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,784.39 |
|---|---|---|---|

**Mirakl, Inc.**
**100 Summer St.**
**5th Floor, Suite 550**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,677.12 |
|---|---|---|---|

**MNTN Digital, Inc (Mountain)**
**823 Congress Ave.**
**#1827**
**Austin, TX 78768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.16 |
|---|---|---|---|

**Montana State Univerity - Bozeman**
**Culbertson Hall, 100**
**Bozeman, MT 59717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,936.68 |
|---|---|---|---|

**Mood Decor (Glory Wisdom)**
**10220 Philadelphia Court**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.85 |
|---|---|---|---|

**Motivated Type**
**96 Hainault Ave.**
**Giffard Park, Milton Keynes**
**Buckinghamshire MK14 5PE UNITED**
**KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,028.23 |
|---|---|---|---|

**MRK Desirant Luxe Collection LLC**
**1108 Kane Councourse**
**Suite 300**
**Bay Harbor Islands, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,115.47 |
|---|---|---|---|

**Mrs. Fields Famous Brands LLC**
**1717 South 4800 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $893.55 |
|---|---|---|---|

**Mutual of Omaha**
**Payment Processing Center**
**PO Box 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,700.00 |
|---|---|---|---|

**Narvar Inc.**
**3 East Third Ave.**
**Suite 211**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.13 |
|---|---|---|---|

**NC A&T Housing and Residence Life**
**Attn: Luz De Los Santos**
**1601 East Market St.**
**Aggie Village Office 201**
**Greensboro, NC 27411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,222.88 |
|---|---|---|---|

**Nella Lighting**
**5910 Cedar Parkway**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**New Land Logistic**
**125 Lexington Ave.**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432,423.30 |
|---|---|---|---|

**New Sega Home Textiles North America**
**138 Main Street**
**East Rockaway, NY 11518**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,296.24 |
|---|---|---|---|

**nuLOOM Inc**
**286 Prospect Plains Rd.**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.00 |
|---|---|---|---|

**NWM Northwest Missouri State Univ.**
**800 University Drive**
**Residential Life**
**Maryville, MO 64468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.20 |
|---|---|---|---|

**NYTSTND**
**3699 Alward Rd SW**
**Pataskala, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.76 |
|---|---|---|---|

**Olive Wren Inc**
**169 Madison Ave**
**#2320**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**One Bella Casa, Inc.**
**101 Lucas Valley Road**
**Suite 130**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.47** |

**Oxford Pennant**
731 Main Street
Buffalo, NY 14203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.74** |

**Pace University**
15 Beekman Street
Room 1407
Attn:  Office of Residential Life
New York, NY 10038

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.60** |

**Paisley Flamenbaum**
30 Kilmer Road
Larchmont, NY 10538

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,183.00** |

**Passions Projects NYC**
7 Spruce Drive
Roslyn, NY 11576

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,265.59** |

**Pattern Brands**
228 Park Ave. S
PMP 73891
New York, NY 10003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$489.93** |

**Paychex of New York LLC**
PO Box 732954
Lockbox 732954
Dallas, TX 75373-2954

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$803.00** |

**Peachy B Design Studio**
1665 Sere Street
New Orleans, LA 70122

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $133.80 |

**Peking Handicraft, Inc.**
**1388 San Mateo Avenue**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $62,790.00 |

**Pellettieri, Rabstain & Altman**
**989 Lenox Drive**
**Suite 101**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $68.20 |

**Penske Truck Leasing Co., LP**
**PO Box 827380**
**Philadelphia, PA 19182-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $843,162.58 |

**Performance Horizon Inc dba Partnerize**
**900 Rutter Avenue**
**Floor 3**
**Forty Fort, PA 18704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,335.57 |

**Picado Home Decors Pvt Ltd**
**204, A to Z Industrial Estate**
**Ganpat Rao Kadam Marg**
**Lower Parcel Mumbai, Maharashtra 400013**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $69.85 |

**Pinch Provisions**
**1515 Carmen Drive**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,190.30 |

**Pink Lemonade LLC**
**3693 Farm Hill Boulevard**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.14 |

**Poppy.png (Danielle Karwowski)**
**572 Adamston Road**
**Brick, NJ 08723**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.50 |

**Protech Enterprises LLC (Shower Shoez)**
**13020 North miami Ave**
**Miami, FL 33168**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.00 |

**PV Textiles USA Inc**
**2255 Bellview Court**
**Gurnee, IL 60031**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,744.25 |

**Quikly Inc.**
**1505 Woodward Ave**
**4th Floor**
**Detroit, MI 48226**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.33 |

**Rakuten Marketing LLC dba Rakuten Advert**
**6985 South Union Park Center**
**Midvale, UT 84047**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.90 |

**Rhino Trunk & Case, inc.**
**565 Blossom Road**
**Rochester, NY 14610**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.15 |

**Riddhi (Renee) Kakadia**
**9225 Parkway east**
**Birmingham, AL 35206**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,024.71** |
|---|---|---|---|

**RKI Apps Inc. dba SocialLadder**
**1710 Addison St.**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,907.35** |
|---|---|---|---|

**Roomie Inc.**
**285 West Broadway**
**Room 430**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |
|---|---|---|---|

**Rosenthal & Rosenthal Inc dba NorthwestG**
**PO Box 88926**
**Chicago, IL 60695-1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.02** |
|---|---|---|---|

**Ruby Roller Art (Tiffany Forbes)**
**9 Lila Drive**
**Cotwswold Hills, QLD 4350**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,754.00** |
|---|---|---|---|

**Rutgers University - New Brunswick**
**90 Davidson Road**
**Residence Life Dept.**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,778.61** |
|---|---|---|---|

**Ryan Porter (Candier)**
**11 Maple Lane**
**Campbell, NY 14821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51.02** |
|---|---|---|---|

**Sam Stein**
**11 Hilltop Rd.**
**Toronto ON M6C3C5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.50 |
|---|---|---|---|

**3.186** Nonpriority creditor's name and mailing address
Samantha Hearn
1609 10th Ave. N
Nashville, TN 37208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8.50

---

**3.187** Nonpriority creditor's name and mailing address
Sammi Smith
4007 Sumac Dr.
Sherman Oaks, CA 91403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18.98

---

**3.188** Nonpriority creditor's name and mailing address
Saturday Neon
9480 West 53rd Avenue
Arvada, CO 80002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

**3.189** Nonpriority creditor's name and mailing address
Scandinordica
574 NW 14th Ave.
Boca Raton, FL 33486

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$818.00

---

**3.190** Nonpriority creditor's name and mailing address
Scrub Daddy
1700 Suckle Hwy.
Pennsauken, NJ 08110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$151.24

---

**3.191** Nonpriority creditor's name and mailing address
Simply Sisters Greek
3430 FM 2446
Franklin, TX 77856

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$32,409.20

---

**3.192** Nonpriority creditor's name and mailing address
Snap Inc.
3000 31st St., Loop North
Santa Monica, CA 90405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$94,522.61

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,027.87** |
|---|---|---|---|

**Sofiest Designs**
**979 Woodland Parkway**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,909.00** |
|---|---|---|---|

**Sonic Editions**
**6 Paddington Street**
**London, England W1U 5QG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49.68** |
|---|---|---|---|

**Sound Gallery**
**110 West 34th Street**
**7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,832.00** |
|---|---|---|---|

**SPS Commerce, inc.**
**PO Box 205782**
**Dallas, TX 75320-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$498.00** |
|---|---|---|---|

**Staff**
**33 Bond Street**
**Suite 2221**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,625.00** |
|---|---|---|---|

**Stanford University**
**450 Jane Stanford Way**
**Stanford, CA 94305-2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.62** |
|---|---|---|---|

**Sumner Lane (Kiralyn Mulloy)**
**2140 Medical District Drive**
**Apt. 3084**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.02 |
|---|---|---|---|

**Sunkissed**
**3005 Peachtree Road**
**Northeast 813**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.00 |
|---|---|---|---|

**Sunnyhill Properties**
**550 Cleveland Ave.**
**Suite 108**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Susan Alvarez**
**160 Madison Ave.**
**Apt. 5C**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.20 |
|---|---|---|---|

**Swaponz Inc.**
**190 North Main Street**
**1st Floor**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.88 |
|---|---|---|---|

**Tan Fan**
**275 Kooyong Road**
**Elsternwick, VIC 2185**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.09 |
|---|---|---|---|

**Tempaper**
**381 Mantoloking Road**
**Brick, NJ 08723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.15 |
|---|---|---|---|

**Terez Universe LLC**
**302 A West 12th St.**
**#138**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| | |
|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Texas A&M university**
**Res Hall Staff Coun.**
**676 Lubbock Street**
**S. Area Office Room 127 - Brent Cockrell**
**College Station, TX 77845**

As of the petition filing date, the claim is: *Check all that apply.*          **$6,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

3.208    **Nonpriority creditor's name and mailing address**
**Texas Wesleyan University**
**1201 Wesleyan Street**
**Residence Life**
**Fort Worth, TX 76105**

As of the petition filing date, the claim is: *Check all that apply.*          **$486.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

3.209    **Nonpriority creditor's name and mailing address**
**The Air Lab, Inc.**
**108 Leonard Street**
**Apt. 2B**
**New York, NY 10013**

As of the petition filing date, the claim is: *Check all that apply.*          **$10,350.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

3.210    **Nonpriority creditor's name and mailing address**
**The Final Grab Inc.**
**1020 East 48th St.**
**Brooklyn, NY 11203**

As of the petition filing date, the claim is: *Check all that apply.*          **$8,025.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

3.211    **Nonpriority creditor's name and mailing address**
**Thera**
**821 Central Ave.**
**Woodmere, NY 11598**

As of the petition filing date, the claim is: *Check all that apply.*          **$1,391.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

3.212    **Nonpriority creditor's name and mailing address**
**Think EDU**
**P.O. Box 735798**
**Dallas, TX 75373-5798**

As of the petition filing date, the claim is: *Check all that apply.*          **$6,843.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

3.213    **Nonpriority creditor's name and mailing address**
**Toga Towels**
**5 South Buckhout Street**
**Suite 306**
**Irvington, NY 10533**

As of the petition filing date, the claim is: *Check all that apply.*          **$35.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**Tracer Imaging LLC**
**712 Kitchawan Road**
**Ossining, NY 10562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.06 |
|---|---|---|---|

**Trade Linker International Inc.**
**230 Fifth Ave.**
**Suite 200**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $374.00 |
|---|---|---|---|

**Travelers**
**PO box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.00 |
|---|---|---|---|

**TRU - Truman State University**
**100 East Normal Avenue**
**Kirksville, MO 63501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,562.85 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,325.15 |
|---|---|---|---|

**Umbra LLC**
**PO Box 8000**
**Dept. No. 554**
**Buffalo, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.96 |
|---|---|---|---|

**Unitrex LTD - Sparoom**
**5060 Taylor Rd.**
**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.50 |

**University Frames**
3060 E. Miraloma Avenue
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.40 |

**University of Florida**
1304 Diamond Road
UF Housing and Residence Life
Gainesville, FL 32601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,708.92 |

**University of Hartford**
200 Bloomfield Ave.
Office of Residential Life
Hartford, CT 06117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.44 |

**University of Hawaii at Manoa**
Resisdence Life Office
Johnson Hall
2555 Dole Street
Honolulu, HI 96822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,689.56 |

**University of Idaho**
875 Perimeter Drive
University Housing - MS2010
Moscow, ID 83844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.82 |

**University of Illinois at Chicago**
700 S. Halsted St.
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.35 |

**University of North Georgia**
82 College Circle
Residence Life - Seth Ledford
Dahlonega, GA 30597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.42** |
|---|---|---|---|

**University of Pittsburgh at Greensburg**
**Attn: Kyle Harper**
**150 Finoli Drive, Mckenna Hall 102**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.40** |
|---|---|---|---|

**University of San Francisco**
**2130 Fulton Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,193.00** |
|---|---|---|---|

**US Small Business Association**
**PO Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.08** |
|---|---|---|---|

**Valparaiso University**
**Katie Bye**
**1509 Chapel Drive**
**Harre Union, Suite 230**
**Valparaiso, IN 46383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,830.55** |
|---|---|---|---|

**VCH (WKND Digital/Lancer Capial Holdings**
**1045 National Dr.**
**#19**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226,892.55** |
|---|---|---|---|

**Veyer, LLC**
**6600 N. Military Trail**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**VICI Enterprises, Inc.**
**33 West 60th Street**
**Floor 2**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | $1.00 |

**Vistar**
**Lockbox 784866**
**401 Market Street**
**Philadelphia, PA 19106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | $322.56 |

**Waste Connections of New York Inc.**
**120 Wood Ave. South**
**Suite 302**
**Iselin, NJ 08830**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | $153,458.34 |

**WCN Properties, LP**
**900 Krine Rd.**
**Suite 1**
**Chambersburg, PA 17201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** | $880.00 |

**Westove Media LLC**
**11578 S. Riverwood Rd.**
**Portland, OR 97219**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | $70.29 |

**Whiskey and Honey (Megan Ryan)**
**102 Hinswood Drive**
**Darien, IL 60561**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | $14,001.74 |

**Yamazaki USA Inc.**
**67 West St.**
**Suite 418**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | $1,912.80 |

**York Wallcoverings, Inc.**
**750 Linden Ave.**
**York, PA 17405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,455.50** |

**Zafferano America**
**301 Penhorn Ave.**
**Suite 5**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Unknown | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          81,162.92 |
| **5b. Total claims from Part 2** | 5b. + | $      6,269,944.29 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $      6,351,107.21 |

Debtor name **Dormify, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-12634**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 286 Fifth Ave., 11th Floor, New York, NY 10001** | |
|---|---|---|---|
| | State the term remaining | **31 Months** | **286 Fifth Avenue Realty Corp. c/o AB & Sons Group, LLC 25 West 36th Street, 2nd Floor New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Software platform** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **Impact Tech Inc. 223 E. De La Guerra St. Santa Barbara, CA 93101** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Email and SMS Marketing contract** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Klaviyo, Inc. 125 Summer St. Floor 6 Boston, MA 02111** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Ecommerce platform** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **Mirakl, Inc. 100 Summer St. 5th Floor, Suite 550 Boston, MA 02110** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Brand Ambassador Management Platform** | |
|---|---|---|---|
| | State the term remaining | **7 Months** | **SocialLadder 3401 Market St. Suite 200 Philadelphia, PA 19104** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Chain Mgmt. Software** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **SPS Commerce, inc. PO Box 205782 Dallas, TX 75320-5782** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Social Media Advertising, Content Creation and Data Monitoring** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Venture Capital Holdings, Inc. 1045 National Dr. Suite 19 Sacramento, CA 95834** |
| | List the contract number of any government contract | | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amanda Zuckerman** | **298 5th Avenue New York, NY 10001** | **286 Fifth Avenue Realty Corp.** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.2 | **Jerome A. Zuckerman Revocable Trust** | **2575 S. Ocean Blvd. Suite 301 Boca Raton, FL 33487** | **Eagle Bankcorp, Inc. dba Eagle Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Jerry A. Zuckerman** | **2575 S. Ocean Blvd. Suite 301 Boca Raton, FL 33487** | **Eagle Bankcorp, Inc. dba Eagle Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Karen Zuckerman** | **2575 S. Ocean Blvd. Suite 301 Boca Raton, FL 33487** | **Eagle Bankcorp, Inc. dba Eagle Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.5   **Karen Zuckerman Revocable Trust**   **2575 S. Ocean Blvd. Suite 301 Boca Raton, FL 33487**   **Eagle Bankcorp, Inc. dba Eagle Bank**   ■ D   **2.1** _____
☐ E/F _____
☐ G _____

# United States Bankruptcy Court
## District of Delaware

In re  **Dormify, Inc.**                                       Case No.  __24-12634__

Debtor(s)                                          Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See Attachment to SOFA no. 28 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Controller** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 30, 2025**                     Signature  **/s/ Sita Benedict**

**Sita Benedict**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.