## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Dormify, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12634 (TMH)<br><br>Re: Docket No. 112 & 141 |

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S OBJECTION TO THE APPLICATION OF STANDVAST FULFILLMENT, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby files this joinder (the "Joinder") to the *Debtor's Objection to the Application of Standvast Fulfillment, LLC for Allowance and Payment of Administrative Expense Claim* [Docket No. 141] (the "Objection").[2] In support of the Joinder, the Committee respectfully represents as follows:

### JOINDER

1. By this Joinder, the Committee hereby adopts and incorporates as its own the arguments set forth in the Debtor's Objection to the *Application of Standvast Fulfillment, LLC for Allowance and Payment of Administrative Expense Claim* [Docket No. 112] (the "Application").

2. The Debtor, in consultation with the Committee, is working diligently towards initiating and conducting a sale process. The hearing to consider *Motion for Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The Debtor's primary address is P.O. Box 170376, Brooklyn, NY 11217.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

*Notice related thereto, (B) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with such Bidder Providing for Certain Bid Protections, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) (A) Approving the Sale of the Debtor's Assets, Free and Clear of All Interests and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 115] (the "Bid Procedures Motion") is currently scheduled for February 21, 2025. Given the posture of this case, granting the Application risks the resources accessible for the critical Sale-related tasks at hand, thereby prejudicing the Debtor's estate and directly reducing distributable value available for stakeholders.

3. For the foregoing reasons, as well as the additional reasons set forth in the Objection, the Committee joins the Debtor's arguments and respectfully requests that the Court deny the Application.

**RESERVATION OF RIGHTS**

4. This Joinder is submitted without prejudice to, and with a full reservation of, the Committee's rights to raise additional arguments and supplement this Joinder as necessary to appropriately address any further issues presented by parties in interest.

**WHEREFORE**, for the reasons set forth herein, the Committee joins the Debtor's Objection and respectfully requests the Application be denied.

Dated: February 19, 2025  
      Wilmington, Delaware

Respectfully submitted,

*/s/ R. Stephen McNeill*
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: rmcneill@potteranderson.com
       mkotsiras@potteranderson.com
       aehrmann@potteranderson.com

*Counsel for the Official Committee of Unsecured Creditors*