# Exhibit 2

## Sale Notice

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | |
| | ) | Case No. 24-12634 (TMH) |
| Debtor. | ) | |
| | ) | |

> **THE DEBTOR PROPOSES SELL SUBSTANTIALLY ALL OF ITS ASSETS. IF YOU BELIEVE YOU HOLD ANY INTEREST IN THOSE ASSETS, WHETHER CONTRACTUAL OR OTHERWISE, YOU MUST FILE A PLEADING WITH THE COURT STATING SO IN ACCORDANCE WITH THIS NOTICE. IF YOU FAIL TO DO SO, THE ASSETS WILL BE SOLD FREE AND CLEAR OF YOUR INTERESTS.**

**NOTICE OF BIDDING PROCEDURES, AUCTION DATE, POTENTIAL SALE AND
DEADLINE TO ASSERT INTEREST IN DEBTOR'S ASSETS**

**PLEASE TAKE NOTICE** that, on November 18, 2024, Dormify, Inc. (the "*Debtor*") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Delaware (the "*Court*").

**PLEASE TAKE FURTHER NOTICE** that, on February 7, 2025, the Debtor filed the *Debtor's Motion for Orders (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II)(a) Approving the Sale of the Debtor's Assets, Free and Clear of all Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 115] (the "*Motion*").

**PLEASE TAKE FURTHER NOTICE** that, on [●], 2025, the Court entered that certain *Order (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) Scheduling the Auction and the Hearing to Consider Approval of the Sale, and (III) Granting Related Relief* [D.I. [●]] (the "*Bidding Procedures Order*"),[2] which approved,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

[2] Capitalized terms used but not defined have the meanings ascribed to them in the Bidding

among other things, (a) procedures (the "*Bidding Procedures*") pursuant to which the Debtor is authorized to solicit and pursue a sale of substantially all of the Debtor's assets (the "*Assets*") under section 363 of the Bankruptcy Code (the "*Sale*"), (b) the scheduling of a hearing to approve the Sale free and clear of any liens, claims, and encumbrances under section 363 of the Bankruptcy Code, (c) procedures in connection with the assumption and assignment of any executory contracts or unexpired leases the Debtor seeks to have assumed and assigned in connection with a Sale, and (b) a sale process.  ***All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.***

**PLEASE TAKE FURTHER NOTICE** that all interested parties are invited to provide materials (as described in the Bidding Procedures) to apply to become a Potential Bidder (as defined in the Bidding Procedures) and submit a Bid in accordance with the Bidding Procedures and the Bidding Procedures Order.  The Bidding Procedures provide information regarding the requirements for a Potential Bidder to be a "Qualified Bidder" and a bid to be a "Qualified Bid" for purposes of competing at an Auction (as defined below).

**PLEASE TAKE FURTHER NOTICE** that the deadline to submit a Qualified Bid for the Assets or component thereof is **April 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "*Bid Deadline*").  Pursuant to the Bidding Procedures Order, in the event that the Debtor timely receives one or more Qualified Bids other than one from the Stalking Horse Bidder, if any, the Debtor is authorized to conduct an auction (the "*Auction*") for the Assets in accordance with the Bidding Procedures Order.  The Auction, if held, will occur on **April 21, 2025 at 10:00 a.m. (prevailing Eastern Time)** at a place, including via remote video, determined by the Debtor as shall be timely communicated to all entities entitled to attend the Auction.  Only (a) Qualified Bidders (including the Stalking Horse Bidder, if any) and their legal and financial advisors, (b) the Consultation Parties and their respective advisors, and (c) actual creditors of the Debtor (provided that they give at least 48 hours' notice to the Debtor's counsel of their intention to attend an Auction via email to Goldstein & McClintock LLLP, Attn: Maria Aprile Sawczuk (marias@goldmclaw) and Joshua Grenard (joshuag@goldmclaw.com)), shall be entitled to attend an Auction.  If an Auction is cancelled, the Debtor shall file a notice of cancellation of the Auction.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale (the "*Sale Objections*"), including, but not limited to, any objections to (i) the conduct at the Auction; (ii) the form of the Sale Order; or (iii) solely with respect to the Non-Debtor Counterparties to the Contracts, to the specific identity of and adequate assurance of future performance provided by the Successful Bidder, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, shall set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtor's estate or properties, the basis for the objection, and the specific grounds therefore, and shall be filed and served upon the following so that such objections are received by **April 24, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "*Sale Objection Deadline*"): (a) counsel for the Debtor, (i) Goldstein & McClintock LLLP, (Attn: Maria Aprile Sawczuk (marias@goldmclaw) and Matt McClintock (joshuag@goldmclaw.com)), (b) counsel for the Committee, Potter Anderson & Corroon LLP (Attn: R. Stephen McNeill (rmcneill@potteranderson.com) and Maria Kotsiras (mkotsiras@potteranderson.com)); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207,

---

Procedures Order.

Wilmington, Delaware, 19801 (Attn: Jonathan W. Lipshie (Jon.Lipshie@usdoj.gov)); (d) counsel to the DIP Lender, Bayard, P.A. (Attn: Ericka F. Johnson (ejohnson@bayardlaw.com) and Steven D. Adler (sadler@bayardlaw.com); and (e) the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that failure of any entity to file an objection on or before the Sale Objection Deadline shall be deemed to constitute consent to the sale of the Assets to the Successful Bidder and the other relief requested in the Motion, and be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, the Auction, the Sale, or the Debtor's consummation and performance of the terms of the applicable Definitive Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order provides that a hearing to approve the Sale of the applicable Assets to the Successful Bidder shall take place on **April 28, 2025 at 11:00 a.m. (prevailing Eastern Time)** (the "*Sale Hearing*"). The Sale Hearing will be held before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801.

For ease of reference, the following chart has been included to summarize key dates relevant to this notice:[3]

| Event or Deadline | Date and Time |
|---|---|
| Bidding Procedures Hearing | February 21, 2025 at 10:00 a.m. (prevailing Eastern Time) |
| Service and Publication of Sale Notice | One (1) business day after entry of Bidding Procedures Order or as soon as reasonably practicable thereafter |
| Debtor's Deadline to File and Serve Cure Notices | March 3, 2025 |
| Cure/Assignment Objection Deadline | March 17, 2025 at 4:00 p.m. (prevailing Eastern Time) |
| Deadline to Designate Stalking Horse Bid | March 3, 2025[4] |
| Debtor's Deadline to File Stalking Horse Notice (if necessary) | Two (2) business days after entering into such agreement |
| Bid Deadline | April 18, 2025 at 4:00 p.m. (prevailing Eastern Time) |
| Determination of Qualified Bids | April 20, 2025 |

---

[3]    All dates, times, and deadlines are subject to change or modification in accordance with the Bidding Procedures Order.

[4]    In all events, the Debtor will file any Stalking Horse Agreement at least 14 days prior to the Sale Hearing (as such term is defined and described herein).

3

| Event or Deadline | Date and Time |
|---|---|
| Auction (if necessary) | April 21, 2025 at 10:00 a.m. (prevailing Eastern Time) at a place, including via remote video, to be announced.[5] |
| Identification of Successful Bidder and Backup Bidder, if any | April 23, 2025 at 4:00 p.m. (prevailing Eastern Time) |
| Sale Objection Deadline | April 24, 2025 at 4:00 p.m. (prevailing Eastern Time) |
| Sale Hearing | April 28, 2025 at 11:00 a.m. (prevailing Eastern Time) or as soon thereafter as the Court's calendar permits |
| Sale Closing Deadline | April 30, 2025 |

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, and the Debtor urges parties in interest to review such documents in their entirety. Copies of the Motion, the Stalking Horse Agreement, if any, the Bidding Procedures, and the Bidding Procedures Order, in addition to any related documents that may be filed, may be obtained by accessing (a) the website of the Debtor's notice and claims agent, Reliable, at https://www.bankruptcy-claims.com/dormify/ for no charge, or (b) the Court's internet site: https://ecf.deb.uscourts.gov, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

## CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE A SALE OBJECTION

**ANY PARTY OR ENTITY THAT FAILS TO TIMELY FILE AND SERVE AN OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED AND ESTOPPED FROM (A) ASSERTING ANY INTEREST IN OR DISPUTING THAT THE DEBTOR HOLDS EXCLUSIVE TITLE TO, THE ASSETS AND (B) THAT THE DEBTOR HAS THE ABILITY TO TRANSFER SUCH ASSETS FREE AND CLEAR OF THE CLAIMS OR INTERESTS WITHOUT THE CONSENT OF ANY PARTY.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING. ANY CREDITOR THAT RECEIVES NOTICE OF A SALE HEARING AND FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE DEEMED TO HAVE CONSENTED UNDER SECTION 363(F)(2) OF THE BANKRUPTCY CODE TO SUCH SALE FREE AND CLEAR OF SUCH CREDITOR'S LIEN, CLAIMS, ENCUMBRANCES, OR INTERESTS, IF ANY.**

---

[5] If the Debtor decides to hold a live, in-person Auction, Qualified Bidders shall be able to submit Bids remotely.

**GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (admitted pro hac vice)
Ainsley G. Moloney, Esq. (admitted pro hac vice)
Joshua M. Grenard, Esq. (admitted pro hac vice)
William H. Thomas, Esq. (admitted pro hac vice)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleym@goldmclaw.com
joshuag@goldmclaw.com
willt@goldmclaw.com

*Attorneys for the Debtor and Debtor-in-Possession*

**Exhibit 3**

**Cure Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | |
| | ) | Case No. 24-12634 (TMH) |
| Debtor. | ) | |
| | ) | |

**NOTICE OF (I) POTENTIAL ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES AND (II) PROPOSED CURE AMOUNTS**

**You are receiving this notice (this "*Notice*") because you may be a counterparty to a contract or lease with the Debtor (defined below) as set forth on Appendix A hereto. Please read this notice carefully as your rights may be affected by the transactions described herein.**[2]

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.  On November 18, 2024, Dormify, Inc. (the "*Debtor*") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Delaware (the "*Court*").

2.  On February 7, 2025, the Debtor filed the *Debtor's Motion for Orders (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II)(a) Approving the Sale of the Debtor's Assets, Free and Clear of all Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 115] (the "*Motion*").

3.  On [●], 2025, the Court entered that certain *Order (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) Scheduling the Auction and the Hearing to Consider Approval of the Sale, and (III) Granting Related Relief*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

[2] This Notice is being sent to counterparties to contracts and leases that may be executory contracts and unexpired leases. This notice is not an admission by the Debtor that such contract or lease is executory or unexpired.

[D.I. [●]] (the "*Bidding Procedures Order*"),[3] which approved, among other things, (a) procedures (the "*Bidding Procedures*") pursuant to which the Debtor is authorized to solicit and pursue a sale of substantially all of the Debtor's assets (the "*Assets*") under section 363 of the Bankruptcy Code (the "*Sale*"), (b) the scheduling of a hearing to approve the Sale free and clear of any liens, claims, and encumbrances under section 363 of the Bankruptcy Code, (c) procedures in connection with the assumption and assignment of any executory contracts or unexpired leases the Debtor seeks to have assumed and assigned in connection with a Sale, and (d) a sale process.

4. Pursuant to the Bidding Procedures Order: the Sale Hearing is scheduled to take place on **April 28, 2025 at 11:00 a.m. (prevailing Eastern Time)**. The Sale Hearing will be held before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801.[4]

5. Pursuant to the Bidding Procedures Order, the Debtor **may** assume and assign to a Stalking Horse Bidder, Backup Bidder, or a Successful Bidder other than the Stalking Horse Bidder or the Backup Bidder, the executory contract(s) or unexpired lease(s) listed on Appendix A attached hereto (each, a "*Contract*") to which you are a counterparty. The Debtor has conducted a review of its books and records and has determined that the cure amounts required to be paid pursuant to Bankruptcy Code section 365(b) in respect of such Contract(s) (the "*Cure Amount*") are as set forth on Appendix A attached hereto. **If you disagree with the proposed Cure Amount, you must file an objection (a "*Cure/Assignment Objection*"), stating with specificity the nature of your objection, with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern Time) on March 17, 2025 (the "*Cure/Assignment Objection Deadline*")**. Cure Objections must be filed and served *so as to be actually received by the Cure Objection Deadline* by: (a) counsel for the Debtor, Goldstein & McClintock LLLP, (Attn: Maria Aprile Sawczuk (marias@goldmclaw) and Joshua Grenard (joshuag@goldmclaw.com)); (b) counsel for the Committee of Unsecured Creditors, Potter Anderson & Corroon LLP (Attn: R. Stephen McNeill (rmcneill@potteranderson.com) and Maria Kotsiras (mkotsiras@potteranderson.com)); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware, 19801 (Attn: Jonathan W. Lipshie (Jon.Lipshie@usdoj.gov)); (d) counsel to the DIP Lender, Bayard, P.A. (Attn: Ericka F. Johnson (ejohnson@bayardlaw.com) and Steven D. Adler (sadler@bayardlaw.com); and (e) the Notice Parties listed in the Bidding Procedures Order.

6. The Debtor proposes that if the counterparty to any Contract(s) fails to file an objection by the Cure/Assignment Objection Deadline to the Cure Amount(s), then that counterparty shall be (i) deemed to have agreed and stipulated to the accuracy of the Cure Amount(s) set forth on this Appendix A, and (ii) forever barred, estopped, and enjoined from asserting any additional cure amount under or in respect of the Contract(s).

7. Promptly following the Debtor's selection of the Successful Bidder and the conclusion of the Auction (if any), the Debtor shall file notice of the Successful Bid and Successful

---

[3] Capitalized terms used but not defined have the meanings ascribed to them in the Bidding Procedures Order.

[4] Dates relating to the Sale, including the scheduled dates for the Auction and Sale Hearing, may be changed in accordance with the Bidding Procedures Order.

Bidder (the "*Successful Bidder Notice*") with the Bankruptcy Court no later than April 23, 2025 at 4:00 p.m. (prevailing Eastern Time).

8. If any Auction is held, the deadline for non-Debtor counterparties to the Contracts to object solely with respect to the specific identity of and adequate assurance of future performance provided by the Successful Bidder **is 4:00 p.m. (prevailing Eastern Time) on April 24, 2025** (the "*Sale Objection Deadline*"). Any such objection must be filed with this Court and served in the same manner as a Cure/Assignment Objection set forth above so to be actually received no later than the Sale Objection Deadline.

9. With respect to any Contract(s) assumed and assigned to the Successful Bidder (the "*Assumed Contracts*"), if a non-Debtor party to an Assumed Contract has objected solely to the proposed Cure Amount, the Debtor may, with the consent of, or at the direction of, the Successful Bidder, pay the undisputed portion of such Cure Amount and place the disputed amount in a segregated account pending further order of the Court or mutual agreement of the parties. So long as such disputed amounts are held in such segregated account, the Debtor may, without delay, assume and assign such Assumed Contract to the applicable assignee. Under such circumstances, the objecting non-Debtor counterparty's recourse is limited to the funds held in such segregated account.

10. Following the payment of the Cure Amount(s) (subject to the preceding paragraph), the Debtor's filing and service of a notice regarding the closing of a Sale shall serve as notice that such Assumed Contracts have actually been assumed and assigned.

11. Notwithstanding anything herein, this notice shall not be deemed to be an assumption, assignment, adoption, rejection, termination, or concession to the executory nature of any Contract(s). Moreover, the Debtor explicitly reserves its rights, in its sole discretion, to reject or assume each Contract pursuant to section 365(a) of the Bankruptcy Code and nothing herein (a) alters in any way the prepetition nature of the Contract(s) or the validity, priority, or amount of any claims of a counterparty to any Contract against the Debtor that may arise under such Contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of an counterparty to a Contract against the Debtor that may arise under such Contract.

12. This notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict, and the Debtor urges parties in interest to review such documents in their entirety. Copies of the Motion, the Stalking Horse Agreement, if any, the Bidding Procedures, and the Bidding Procedures Order, in addition to any related documents that may be filed, may be obtained by accessing (a) the website of the Debtor's notice and claims agent, Reliable, at https://www.bankruptcy-claims.com/dormify/ for no charge, or (b) the Court's internet site: https://ecf.deb.uscourts.gov, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

**GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (admitted pro hac vice)
Ainsley G. Moloney, Esq. (admitted pro hac vice)
Joshua M. Grenard, Esq. (admitted pro hac vice)
William H. Thomas, Esq. (admitted pro hac vice)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleym@goldmclaw.com
joshuag@goldmclaw.com
willt@goldmclaw.com

*Attorneys for the Debtor and Debtor-in-Possession*

# APPENDIX A TO CURE NOTICE

| Counterparty Name | Contract/Lease | Cure Amount |
| --- | --- | --- |