**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DORMIFY, INC.,[1] | ) Case No. 24-12634 (TMH) |
| | ) |
| Debtor. | ) Related to Docket Nos. 115 and 151 |
| | ) |

**NOTICE OF (I) POTENTIAL ASSUMPTION AND**
**ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES AND (II) PROPOSED CURE AMOUNTS**

**You are receiving this notice (this "*Notice*") because you may be a counterparty to a contract or lease with the Debtor (defined below) as set forth on <u>Appendix A</u> hereto. Please read this notice carefully as your rights may be affected by the transactions described herein.[2]**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.      On November 18, 2024, Dormify, Inc. (the "*Debtor*") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Delaware (the "*Court*").

2.      On February 7, 2025, the Debtor filed the *Debtor's Motion for Orders (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II)(a) Approving the Sale of the Debtor's Assets, Free and Clear of all Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 115] (the "*Motion*").

3.      On February 21, 2025, the Court entered that certain *Order (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) Scheduling the Auction and the Hearing to Consider Approval of the Sale, and (III) Granting*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

[2] This Notice is being sent to counterparties to contracts and leases that may be executory contracts and unexpired leases. This notice is not an admission by the Debtor that such contract or lease is executory or unexpired.

*Related Relief* [D.I. 151] (the "*Bidding Procedures Order*"),[3] which approved, among other things, (a) procedures (the "*Bidding Procedures*") pursuant to which the Debtor is authorized to solicit and pursue a sale of substantially all of the Debtor's assets (the "*Assets*") under section 363 of the Bankruptcy Code (the "*Sale*"), (b) the scheduling of a hearing to approve the Sale free and clear of any liens, claims, and encumbrances under section 363 of the Bankruptcy Code, (c) procedures in connection with the assumption and assignment of any executory contracts or unexpired leases the Debtor seeks to have assumed and assigned in connection with a Sale, and (d) a sale process.

4.      Pursuant to the Bidding Procedures Order: the Sale Hearing is scheduled to take place on **April 28, 2025 at 11:00 a.m. (prevailing Eastern Time)**.  The Sale Hearing will be held before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, DE 19801.[4]

5.      Pursuant to the Bidding Procedures Order, the Debtor **may** assume and assign to a Stalking Horse Bidder, Backup Bidder, or a Successful Bidder other than the Stalking Horse Bidder or the Backup Bidder, the executory contract(s) or unexpired lease(s) listed on <u>Appendix A</u> attached hereto (each, a "*Contract*") to which you are a counterparty.  The Debtor has conducted a review of its books and records and has determined that the cure amounts required to be paid pursuant to Bankruptcy Code section 365(b) in respect of such Contract(s) (the "*Cure Amount*") are as set forth on <u>Appendix A</u> attached hereto.  **If you disagree with the proposed Cure Amount, you must file an objection (a "*Cure/Assignment Objection*"), stating with specificity the nature of your objection, with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern Time) on March 17, 2025 (the "*Cure/Assignment Objection Deadline*")**.  Cure Objections must be filed and served *so as to be actually received by the Cure Objection Deadline* by: (a) counsel for the Debtor, Goldstein & McClintock LLLP, (Attn: Maria Aprile Sawczuk (marias@goldmclaw) and Joshua Grenard (joshuag@goldmclaw.com)); (b) counsel for the Committee of Unsecured Creditors, Potter Anderson & Corroon LLP (Attn: R. Stephen McNeill (rmcneill@potteranderson.com) and Maria Kotsiras (mkotsiras@potteranderson.com)); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware, 19801 (Attn: Jonathan W. Lipshie (Jon.Lipshie@usdoj.gov)); (d) counsel to the DIP Lender, Bayard, P.A. (Attn: Ericka F. Johnson (ejohnson@bayardlaw.com) and Steven D. Adler (sadler@bayardlaw.com); and (e) the Notice Parties listed in the Bidding Procedures Order.

6.      The Debtor proposes that if the counterparty to any Contract(s) fails to file an objection by the Cure/Assignment Objection Deadline to the Cure Amount(s), then that counterparty shall be (i) deemed to have agreed and stipulated to the accuracy of the Cure Amount(s) set forth on this <u>Appendix A</u>, and (ii) forever barred, estopped, and enjoined from asserting any additional cure amount under or in respect of the Contract(s).

7.      Promptly following the Debtor's selection of the Successful Bidder and the conclusion of the Auction (if any), the Debtor shall file notice of the Successful Bid and Successful

---

[3] Capitalized terms used but not defined have the meanings ascribed to them in the Bidding Procedures Order.

[4] Dates relating to the Sale, including the scheduled dates for the Auction and Sale Hearing, may be changed in accordance with the Bidding Procedures Order.

Bidder (the "*Successful Bidder Notice*") with the Bankruptcy Court no later than April 23, 2025 at 4:00 p.m. (prevailing Eastern Time).

8.      If any Auction is held, the deadline for non-Debtor counterparties to the Contracts to object solely with respect to the specific identity of and adequate assurance of future performance provided by the Successful Bidder **is 4:00 p.m. (prevailing Eastern Time) on April 24, 2025** (the "*Sale Objection Deadline*").  Any such objection must be filed with this Court and served in the same manner as a Cure/Assignment Objection set forth above so to be actually received no later than the Sale Objection Deadline.

9.      With respect to any Contract(s) assumed and assigned to the Successful Bidder (the "*Assumed Contracts*"), if a non-Debtor party to an Assumed Contract has objected solely to the proposed Cure Amount, the Debtor may, with the consent of, or at the direction of, the Successful Bidder, pay the undisputed portion of such Cure Amount and place the disputed amount in a segregated account pending further order of the Court or mutual agreement of the parties.  So long as such disputed amounts are held in such segregated account, the Debtor may, without delay, assume and assign such Assumed Contract to the applicable assignee.  Under such circumstances, the objecting non-Debtor counterparty's recourse is limited to the funds held in such segregated account.

10.     Following the payment of the Cure Amount(s) (subject to the preceding paragraph), the Debtor's filing and service of a notice regarding the closing of a Sale shall serve as notice that such Assumed Contracts have actually been assumed and assigned.

11.     Notwithstanding anything herein, this notice shall not be deemed to be an assumption, assignment, adoption, rejection, termination, or concession to the executory nature of any Contract(s).  Moreover, the Debtor explicitly reserves its rights, in its sole discretion, to reject or assume each Contract pursuant to section 365(a) of the Bankruptcy Code and nothing herein (a) alters in any way the prepetition nature of the Contract(s) or the validity, priority, or amount of any claims of a counterparty to any Contract against the Debtor that may arise under such Contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of an counterparty to a Contract against the Debtor that may arise under such Contract.

12.     This notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict, and the Debtor urges parties in interest to review such documents in their entirety.  Copies of the Motion, the Stalking Horse Agreement, if any, the Bidding Procedures, and the Bidding Procedures Order, in addition to any related documents that may be filed, may be obtained by accessing (a) the website of the Debtor's notice and claims agent, Reliable, at https://bankruptcy-claims.com/dormify for no charge, or (b) the Court's internet site:  https://ecf.deb.uscourts.gov, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

**GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (admitted pro hac vice)
Ainsley G. Moloney, Esq. (admitted pro hac vice)
Joshua M. Grenard, Esq. (admitted pro hac vice)
William H. Thomas, Esq. (admitted pro hac vice)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleym@goldmclaw.com
joshuag@goldmclaw.com
willt@goldmclaw.com

*Attorneys for the Debtor and Debtor-in-Possession*

## APPENDIX A TO CURE NOTICE

| Counterparty Name | Contract/Lease | Cure Amount |
|---|---|---|
| **Impact Tech, Inc.** 223 E De La Guerra St., Santa Barbara, CA 93101-2206 | **Software Platform Contract** | **$26,074.28** |
| **Klaviyo, Inc.** 125 Summer Street, Floor 6, Boston, MA 02111 | **Email and SMS Marketing Contract** | **$206,720.96** |
| **Mirakl, Inc.** 12, rue de Lübeck – 75116 Paris (France) | **E-Commerce Platform Contract** | **$104,719.90** |
| **SocialLadder, d/b/a RKI Apps, Inc.** 3401 Market St. Suite 200, Philadelphia, PA, 19104 | **Brand Ambassador Management Platform Contract** | **$5,224.71** |
| **SPS Commerce, Inc.** 333 South Seventh Street, Suite 1000, Minneapolis, Minnesota, 55402 | **Supply Chain Management Software Contract** | **$38,585.09** |
| **Venture Capital Holdings, Inc.** 5830 E 2nd St Suite 7000 #15065 Casper, WY 82609 | **Social Media Advertising, Content Creation, and Data Monitoring Contract** | **$39,830.55** |
| **Commerce Technologies, LLC dba CommerceHub** 3738 Bayer Avenue Suite 203 Long Beach, CA 90808 | **Data Transfer and Data Processing Contract** | **$0** |
| **LoyaltyLion Ltd.** 20 Farringdon Street, London, England, EC4A 4EN | **Loyalty and Engagement Software Contract** | **$0** |
| **Narvar, Inc.** 3 East Third Avenue, Suite 211, San Mateo, CA 94401 | **Online Point-of-Sale Contract** | **$14,700.00** |
| **Salsify, Inc.** 101 Federal Street, Ste 2600 Boston, MA 02110 | **Ecommerce Software Contract** | **$0** |

| Counterparty Name | Contract/Lease | Cure Amount |
|---|---|---|
| Searchspring<br>122 East Houston Street #105<br>San Antonio, TX 78205 | Online Shopping Optimization Tool Contract | $0 |
| Carta, Inc.<br>333 Bush Street Suite 2300,<br>San Francisco, CA 94104 | Capitalization Table Management Software Contract | $7,335.77 |
| Google Cloud<br>1600 Amphitheatre Parkway, Mountain View, CA 94043 | Cloud Computing Contract | $7,725.28 |
| Cloudinary<br>1525 Gold St., PO Box 3178<br>Alviso, CA 95002-3178 | Media Presentation Software Contract | $249.00 |
| Feedonomics<br>11305 4 Points Dr Building 2, Suite 100,<br>Austin, TX 78726 | Product Feed Management Contract | $3,686.00 |
| DuoPlane<br>PO Box 901, Menlo Park, CA, 94026 | Dropship Automation Contract | $0 |
| Zendesk<br>181 S. Fremont St.<br>San Francisco, CA 94105 | Customer Service Software Contract | $0 |
| Avalara, Inc.<br>255 S King St,<br>Seattle, WA 98104 | Tax Compliance Software Contract | $27,297.69 |
| Paychex<br>Lockbox #732954<br>P.O. Box 732954<br>Dallas, TX 75373-2954 | Payroll Processing Software Contract | $0 |