# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | **Related Docket No.: 130** |
| | ) | |

### NOTICE OF FILING OF REVISED ENGAGEMENT LETTER AND PROPOSED ORDER SETTING FORTH ADDITIONAL AGREED SERVICES TO BE PERFORMED BY B. RILEY AS FINANCIAL ADVISOR TO CONDUCT A GOING CONCERN SALE OF THE DEBTOR'S ASSETS

**PLEASE TAKE NOTICE** that on February 17, 2025, the above-captioned debtor and debtor in possession (the "*Debtor*") filed the *Application of Debtor Pursuant to 11 U.S.C. § 327(a) and 328 for Authority to Employ and Retain B. Riley Advisory Services as Financial Advisor to Conduct a Going Concern Sale of the Debtor's Assets* [Docket No. 130] (the "*Application*"), with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"). A copy of the Application was previously served upon you. Should you need another copy, please contact undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in additional detail in the Application, and pursuant to the Engagement Letter attached thereto as Exhibit C (the "*Engagement Letter*"), the Debtor has identified certain financial advisory services related to the sale of its assets under Section 363 of the Bankruptcy Code and has sought authority to employ and retain B. Riley to perform those functions as further set out in the "Scope of Services" (as such term is defined and described in the Engagement Letter).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The address of the Debtor's corporate headquarters is P.O. Box 170376, Brooklyn, NY 11217.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the specific services detailed in the Scope of Services, under the terms thereof, B. Riley has agreed to provide such "other financial advisory tasks as may be mutually agreed upon by B. Riley and the Debtor."

**PLEASE TAKE FURTHER NOTICE** that, in the process of commencing the services expressly set forth in the Scope of Services, B. Riley and the Debtor have determined that (a) it is necessary for the Debtor to compile certain income and cash flow statements and perform various related financial calculations in order to attract higher and better offers for the Debtor's assets in connection with its contemplated Section 363 sale and (b) such services must be performed immediately and with all possible expedience given the pendency of the sale process already underway and the interest of various parties in viewing such information in the Debtor's data room and that any unavoidable delay may have an impact on the number of bidders for the Debtor's assets and/or the ultimate purchase price to be obtained therefor.

**PLEASE TAKE FURTHER NOTICE** that, with the objective of maximizing the value of its estate for the benefit of its creditors and other parties in interest in this Chapter 11 Case, the Debtor has requested that B. Riley perform the foregoing financial advisory services and B. Riley has agreed to do so for an additional fee of $15,000 due to the additional personnel and time required to produce these documents and calculations in the time required by the Debtor to minimize any impact upon the value ultimately received for its assets.

**PLEASE TAKE FURTHER NOTICE** that the Engagement Letter has been revised to expressly incorporate these services into the Scope of Services set forth therein and to include the additional fee of $15,000 on account of such additional services to which the Debtor and B. Riley have agreed. The revised Engagement Letter is attached hereto as **<u>Exhibit A</u>**.  A redline comparing

the Engagement Letter as filed against the revised Engagement Letter is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the proposed Order authorizing the employment of B. Riley has been revised to update the services to be performed by and the fees payable to B. Riley under the Engagement Letter consistent with such revisions. The revised Order is attached hereto as **Exhibit C**. A redline comparing the original Order as filed against the revised Order is attached hereto as **Exhibit D**.

Dated: March 13, 2025
Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (admitted *pro hac vice*)
Ainsley G. Moloney, Esq. (admitted *pro hac vice*)
Joshua M. Grenard, Esq. (admitted *pro hac vice*)
William H. Thomas, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleym@goldmclaw.com
joshuag@goldmclaw.com
willt@goldmclaw.com

*Attorneys for the Debtor and Debtor in Possession*