# EXHIBIT A



**AUCTION**

April 21, 2025

**IN RE DORMIFY, INC., Debtor.**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

```
 1              IN THE UNITED STATES BANKRUPTCY COURT

 2                  FOR THE DISTRICT OF DELAWARE

 3                          - - -

 4    In Re:                    : Chapter 11
                                :
 5    DORMIFY, INC.,            : Case No. 24-12634(TMH)
                                :
 6           Debtor.            : Related to Docket No.151

 7                      ORIGINAL

 8

 9                          - - -
                    Monday, April 21, 2025
10                          - - -

11

12

13                      Auction Proceedings, taken

14    pursuant to notice, was held at GOLDSTEIN &

15    MCCLINTOCK LLLP, 111 West Washington Street, Suite

16    1121, Chicago, Illinois 60602, commencing at or

17    about 11:18 a.m., before Tisa R. Francis, Court

18    Reporter - Notary Public there being present:

19

20

21

22

23                          - - -
                    Reliable Court Reporting
24                      1650 Arch Street
                          Suite 2210
25              Philadelphia, Pennsylvania 19103
                        (215)563-3363
```

```
 1    A P P E A R A N C E S:

 2

 3              GOLDSTEIN & McCLINTOCK LLLP
                BY:  JOSHUA M. GRENARD, ESQUIRE
 4              111 West Washington Street
                Suite 1221
 5              Chicago, Illinois 60602
                (312)337-7700
 6              joshuag@goldmclaw.com
                Counsel to Debtor
 7
                GOLDSTEIN & McCLINTOCK LLLP
 8              BY:  WILLIAM THOMAS, ESQUIRE
                615 South College Street
 9              Floor 9
                Charlotte, North Carolina 28202
10              (704)970-0504
                willt@goldmclaw.com
11              Counsel to Debtor

12

13

14

15

16

17

18

19

20

21

22

23

24    A L S O   P R E S E N T:

25    Sean Roberts - Trial Tech
```

```
 1    A P P E A R A N C E S:

 2

 3    Richard Peel, B. Riley

 4    Ryan Eerie, B. Riley

 5    Albert Kirchhein, Chief Restructuring Officer

 6    Karen Zuckerman, Debtor

 7    Amanda Zuckerman, Debtor

 8    Adam Sayer, Committee

 9    Janet Cohen, Committee

10    Guyer McCracken, Committee

11    Jerry Zuckerman, Zapanas, LLC

12    Mark Shapiro

13    Andrew C. Ehrmann, Potter Anderson & Corroon, LLP

14    R. Stephen McNeill, Potter Anderson & Corroon LLP

15    Jeff Howie, Chief Financial Advisor, Williams-Sonoma

16    Taimi Jacobson, Latham Watkins, Williams-Sonoma

17    Phillip W. Nelson, Holland & Knight, Williams-Sonoma

18    Lisa Kim, Holland & Knight, Williams-Sonoma

19    David King, General Counsel at Williams-Sonoma

20    Jen Ganzi, Dundon Advisors

21    Grant Webster

22    Zachary Shekell

23    C. Kevin Kobbe, DLA Piper, Stan Bass Fulfillment

24    Michael Schoen, Campus Comforts

25
```

1    Dustin J. Jackson, Miller Johnson

2    Alexandra Wilkis Wilson

3

4          MR. GRENARD:  We'll go ahead and begin.

5    Good morning.  This is Joshua Grenard at

6    Goldstein & McClintock, counsel for the Debtor.

7    We're here today in the case of Dormify, Inc.,

8    Case No. 24-12634, pending in the United States

9    Bankruptcy Court, for the District of Delaware,

10   in front of the Honorable Thomas M. Horan.

11         We're here to conduct an auction of

12   substantially all the assets of the Debtor.  I

13   want to remind everyone this is being recorded

14   and transcribed, so please keep your

15   microphones off unless speaking to reduce

16   background noise.  And please identify yourself

17   when speaking so the transcriber can properly

18   identify you in the transcript.

19         Before we begin, I want to enter

20   appearances into the record.  I will start with

21   a roll call with respect to who is present,

22   both the actual bidders, those interested

23   parties and those who were invited to attend

24   and listen to the auction.

25         With me today on behalf of the Debtor are

1    Al Kirchhein, the Debtor's Chief Restructuring

2    Officer; William Thomas from Goldstein &

3    McClintock; Richard Peel of B. Riley; Amanda

4    Zuckerman on behalf of the company, as well as

5    Karen Zuckerman on behalf of the company.  Any

6    other individuals on behalf of the company?

7         MR. EERIE:  Ryan Eerie[sic].

8         MR. GRENARD:  And Ryan Eerie from B.

9    Riley.  I'll go through my list of attendees by

10   entity.  And once called on, will someone from

11   that organization please identify those

12   attending on behalf of your organization.  And

13   we'll begin with the bidders.  Is there a

14   bidder present for Williams-Sonoma?

15        MR. KING:  Yes, this is David King.  I'm

16   the general counsel of Williams-Sonoma.  In my

17   office off screen is our Chief Financial

18   Officer, Jeff Howie.  Also on Zoom is Taimi

19   Jacobson, who's our head corporate lawyer.  And

20   we have two outside lawyers on the line as.

21   Maybe I'll have them introduce themselves.

22        MR. NELSON:  Hi, good morning.  From

23   Holland & Knight representing Williams-Sonoma

24   you have myself, Phillip Nelson, and also my

25   colleague, Lisa Kim.

1          MR. GRENARD:  Good morning to all of you.

2     On the line anyone from Follett?  Campus

3     Comforts?

4          MR. SCHOEN:  Yes.  Mike Schoen, nice to

5     meet you.

6          MR. GRENARD:  Thanks, Mike.  DormCo.

7          MR. GRODINSKY:  Present.

8          MR. GRENARD:  And your name is, sir?

9          MR. GRODINSKY:  Jeff Grodinsky.

10         MR. GRENARD:  Thank you, Jeff.  And

11    Zapanas, LLC.

12         MR. ZUCKERMAN:  Jerry Zuckerman, Zapanas,

13    LLC.

14         MR. GRENARD:  Members of the DIP Lender

15    Group.

16         JOHNSON:  Yes, Erica Johnson from Fired on

17    behalf of the DIP Lenders.  Joining me from

18    Bayard is Steve Adler on line on Zoom.  And

19    here present in the room is Zachary Shekell

20    from Claricy.  I'm not sure if any other

21    participants from the noteholder group are on

22    Zoom.  I didn't see them initially, but they

23    may be joining.

24         MR. GRENARD:  I was also gonna invite any

25    secured noteholders additionally who are not

1    secured lenders.  Hearing non-members of the

2    unsecured creditor's committee.

3         MR. YALE:  And this is Steve McNeill from

4    Potter Anderson and Corroon, counsel for the

5    Committee.  My colleague, Andrew Erhmann, is

6    also on with me.  From the Committee looks like

7    we have Janet Cohen and Guyer McCracken and

8    Adam Sayer.  Yes, all three Committee members

9    are also on.  And then we have Jen Ganzi from

10   Dundon, who's the financial advisor for the

11   Committee.  I believe that may be everyone.

12        MR. GRENARD:  Is there anyone else that I

13   missed?

14        MR. KOBBE:  Yeah.  You've got Kevin Kobbe

15   from DLA Piper on behalf of Stan Bass.

16        MR. GRENARD:  Stan Bass.  Yes, I forgot,

17   Kevin.  Good morning.

18        MR. KOBBE:  All good.

19        MR. JACKSON:  You also have Dustin Jackson

20   of Miller Johnson on behalf of bidder, Follett

21   Higher Education Group.

22        MR. GRENARD:  Okay.  Yes, I was hoping,

23   sir.  We were waiting to hear from you.  All

24   right.  So with that said, I'm now gonna go

25   through the record, the information provided to

1   each bidder, about how the auction will be

2   conducted today.  At this point, we will go

3   ahead and turn it over to Mr. Richard Peel of

4   B. Riley, who will set forth each of the

5   individual rounds and how we're gonna conduct

6   the auction.

7       As you guys are all aware, this is an open

8   auction, so all bids will be accepted.  The

9   highest and best bid received so far was for

10  the IP assets alone.  That was from

11  Williams-Sonoma, which was submitted for

12  $500,000.  But, again, all assets are subject

13  to the auction and all bids will be accepted.

14  So Mr. Peel will go ahead and begin that.

15      MR. PEEL:  Good morning, all.  As Josh

16  just mentioned, the opening bid or the highest

17  bid was Williams-Sonoma for $500,000, the

18  intellectual property.  At this point, we will

19  accept overbids by all parties willing to enter

20  the bidding process and to make a bid that

21  exceeds $500,000.

22      Depending on how the rounds go, we may

23  establish higher bidding permits throughout the

24  day.  But right now we have an open bid

25  increment for the first round.  So we can -- if

1    people need time to evaluate internally and

2    submit overbids, we're now prepared to do that.

3    And we can set a time of reconvening.  Right

4    now it's approximately 10:25, Central Time.

5    Let's say, 11:00 o'clock, Central time.  If you

6    need more time, just let us know.  But right

7    know we will reconvene at 11:00 for overbids.

8        MR. KIRCHHEIN:  Any questions?  We've

9    tried to keep this process as flexible as

10   possible.  So it's a very transparent process.

11   Everyone will have a chance to overbid whatever

12   is on the table at any given time.

13       MR. PEEL:  And those overbid amounts can

14   be e-mailed directly to Josh Grenard and myself

15   at B. Riley.

16       MR. GRENARD:  Thank you, all.  Thank you.

17   We'll reconvene at 11:00 o'clock.

18                    - - -

19               (A break was taken.)

20                    - - -

21       MR. GRENARD:  So we'll return on the

22   record again.  This is Joshua Grenard,

23   Goldstein & McClintock, counsel for the Debtor.

24   This is the sale of substantially all the

25   assets of Dormify, Inc., Case No. 24-12634 in

 1    the United States Bankruptcy Court, the

 2    District of Delaware.  We are have received

 3    certain overbids and I will let Richard Peel of

 4    B. Riley, the Debtor's financial analyst, go

 5    ahead and run those for the group.

 6         MR. PEEL:  Good morning.  As Josh

 7    mentioned, we did receive multiple overbids

 8    before the 11:00 a.m. deadline.  The highest of

 9    those overbids is $600,000.

10         MR. GRENARD:  And those overbids to, be

11    clear, are for substantially all of the IP

12    assets, correct.

13         MR. PEEL:  That's correct.

14         MR. GRENARD:  Yes, yes.

15         MR. PEEL:  So, at this time, the highest

16    bid on the table is $600,000.  We're prepared

17    to set a new deadline for the next round of

18    overbids at currently 11:04, Central Time.

19    Let's say 11:35 a.m., Central time.

20         MR. NELSON:  Can I ask a question?

21         MR. PEEL:  Absolutely.

22         MR. NELSON:  So, I mean, obviously when we

23    announced the highest and best, you

24    announced -- and when we first opened up you

25    said who had made the bid.  Can you share with

1   us who currently is the highest bid?

2        MR. PEEL:  Zapanas, LLC, yes.

3        MR. NELSON:  Okay.

4        MS. COHEN:  Can you say that again?  Who

5   was it?

6        MR. PEEL:  It's Zapanas, LLC.

7   Z-A-P-A-N-A-S.

8        MS. COHEN:  Thank you.

9        MR. PEEL:  You're welcome.  And unless

10  there are other questions, we will go off the

11  record and reconvene at 11:37.

12        MS. ZUCKERMAN:  We just reserve --

13        MR. PEEL:  Oh, sure.

14        MS. ZUCKERMAN:  -- our rights with respect

15  to the noteholders and DIP lenders.  I mean,

16  the bids that are coming in right now, I know

17  the process is gonna play out or less in the

18  secured debt that's held.  And so we're

19  reserving rights with respect to that and any

20  consensus.

21        MR. PEEL:  Understood.

22        MR. GRENARD:  Yes, yeah.  And the record

23  will so reflect.  Is there a minimum overbid

24  you'd like to set?

25        MR. PEEL:  I think we'll go one more round

1    without a minimum overbid.

2        MR. GRENARD:  With that, the rights of the

3    noteholders are reserved and we will go ahead

4    and reconvene at 11:35, Central Time, yes.

5    Thank you, all.

6                    - - -

7              (A break was taken.)

8                    - - -

9        MR. GRENARD:  We're going back on the

10   record at 11:36 a.m., Central Time.  This is,

11   again, Josh Grenard at Goldstein & McClintock,

12   counsel for the Debtor.  We are here in the

13   case of Dormify, Inc, 24-12634 in the United

14   States Bankruptcy Court for the District of

15   Delaware.

16       We are now reporting the next set of bids.

17   I will defer for that to Richard Peel of B.

18   Riley.

19       MR. PEEL:  The second round did receive an

20   overbid.  That amount is $625,000 by

21   Williams-Sonoma.  We here going to move to the

22   third round.  Going to instill some

23   modifications to the process.  The next bid

24   increment, minimum increment, will be at

25   $25,000 bid increment.  And we're gonna reduce

1  the allotted time to, let's say, 15 minutes.

2  So right now it is 11:38, 11:39.  So we will

3  reconvene at 11:55 a.m., Central Time.  If you

4  have any questions, let us know right now or

5  otherwise just reach out to us individually.

6      MR. NELSON:  Richard, I do have a

7  question.

8      MR. PEEL:  Sure.

9      MR. NELSON:  For the next round, is it

10 required that the only amount that a party can

11 bid is the next increment, could they bid above

12 that?  And secondly --

13     MR. PEEL:  Yes.  The minimum increment

14 would have to be -- so the next bid, overbid,

15 would have to be at least $650,000.

16     MR. NELSON:  And the second question --

17     MR. PEEL:  Any party certainly willing to

18 bid above that, they're going to make an

19 overbid.

20     MR. GRENARD:  I mean, for the record, you

21 can bid whatever you want.

22     MR. NELSON:  Well, let me ask it this way,

23 Josh.  Let me ask it this way.

24     MR. GRENARD:  You're allowed to bid

25 against yourself as well.  However you'd like

1    to bid it up, but, yes.

2        MR. NELSON:  I'm just trying to

3    understand.  I just want to make sure that I

4    understand the process.  Let me ask this other

5    question, which is, further increments, if

6    somebody wanted to go above the next increment,

7    does it have to be multiples or could it be

8    some other amount?

9        MR. GRENARD:  Those will be set in each

10   round.

11       MR. PEEL:  Yes.

12       MR. NELSON:  I'm asking for this round.

13       MR. GRENARD:  Right.  So for this round,

14   it's 25,000.  I would assume that, in the

15   following rounds it will probably be in larger

16   increments.  But we're just working ourselves

17   through the process so...

18       MR. NELSON:  Okay.

19       MR. PEEL:  Any other questions?  No, so --

20       MS. ZUCKERMAN:  I just want to put the

21   reservation of rights from the DIP lender

22   noteholders with respect to consent rights.

23       MR. GRENARD:  Yes.

24       MS. ZUCKERMAN:  Given our security

25   interest.

1          MR. GRENARD:  Thank you.

2          MS. ZUCKERMAN:  I don't know if it's

3     better to do this another round or if we can

4     have this as a standing objection.

5          MR. GRENARD:  For the court reporter on

6     the record, please.  Please record a standing

7     objection -- well, not an objection.  A

8     reservation of rights.

9          MS. ZUCKERMAN:  Just a reservation of

10    rights.

11         MR. GRENARD:  Right.  A reservation of

12    rights from the noteholders.  And I will try to

13    recognize it in each round.  But there's a

14    reservation of rights from the noteholders for

15    their consent rights, which do exist under the

16    notes and under the DIP documents.  And just

17    want to make sure that's clear for all parties

18    on the record.

19         MR. NELSON:  Did you provide -- if you're

20    not ready to do it right now, maybe in the next

21    round, but clarify a little more specifically

22    what those consent rights are.

23         MS. GANZI:  So that the noteholders and

24    DIP lenders have liens on substantially all

25    assets.  The lien rights vary depending on the

1    asset in amount and over what it covers.

2    However, currently, the bids that are coming in

3    are less than what the secured claims of the

4    noteholders would be.  And so under 363,

5    because the current bids don't clear the liens,

6    there's consent rights for the secured lenders.

7         MR. NELSON:  So do I understand correctly

8    that someone could be the highest -- be

9    declared the highest and best in this process

10   and the lender may say, well, that's all well

11   and good, but you're not winning the asset

12   because we don't consent.

13        MS. COHEN:  I think that's a legal

14   question.

15        MR. GRENARD:  I don't think that's one

16   necessarily that we're prepared to address

17   right now, Phil.  But how about you and I talk

18   in a few minutes.

19        MR. NELSON:  That's fine okay.

20        MR. GRENARD:  I'll give you a call.

21        MR. PEEL:  And since we've had these

22   questions, let's extend the next deadline to

23   noon.  Noon, Central Time.

24        MR. GRENARD:  All right.  With that, we'll

25   go off the record at 11:41 a.m., Central.

```
 1                    - - -

 2              (A break was taken.)

 3                    - - -

 4        MR. GRENARD:  We'll go ahead and go back

 5    on the record at noon, please, noon Central

 6    Time.  This is Josh Grenard of Goldstein &

 7    McClintock, counsel for the Debtor.  This is

 8    case No. 24-12634 in Dormify, Inc, pending in

 9    the United States Bankruptcy Court, the

10    District of Delaware, in front of Thomas M.

11    Horan.  We will now announce the next overbids

12    and the next bidding procedures for the next

13    round of bidding.

14        MR. PEEL:  Thank you.  The overbid amount

15    for the third round was $650,000 by Zapanas,

16    LLC.  It is now 12:01, 12:02.  We are going to

17    have the next bid deadline at 12:15 p.m.,

18    Central Time.  That bid increment, take note,

19    is $50,000.  Again, just saying, $50,000 is the

20    next bid increment.

21        MR. GRENARD:  If any parties would like to

22    contact us, please contact myself and Mr. Peel.

23    If there are any questions, any bidders.

24    Hearing none, we will go ahead and go off the

25    record again at 12:03 p.m. and reconvene at
```

```
 1    12:15 p.m., Central Standard Time.  Thank you
 2    very much.
 3                     - - -
 4              (A break was taken.)
 5                     - - -
 6         MR. GRENARD:  We'll go back on the record
 7    at 12:15, Central Time, Joshua Grenard with
 8    Goldstein & McClintock, representing the
 9    Debtor, Dormify, Inc., in Case No. 24-12634 in
10    the United States Bankruptcy Court, the
11    District of Delaware in front of the Honorable
12    Thomas M. Horan.
13         We are now announcing the next overbids
14    and the round of bidding to follow.  I will
15    defer now to Richard Peel of B. Rile,y, the
16    Debtor's financial advisor for the next round
17    of bidding.
18         MR. PEEL:  Good afternoon.  We're just
19    concluding round four.  We have an overbid of
20    $700,000 from Williams-Sonoma.  We are starting
21    now the fifth round that will go 15 minutes.
22    That round will end at 12:30, Central Time.
23    The bid increment will remain $50,000.
24         After 12:30, we will take a break for
25    lunch and then provide details when the fifth
```

1   round concludes.  So, again, 12:30, Central

2   Time, bid increment is $50,000.  A standing bid

3   right now is $700,000.

4       MR. GRENARD:  At this point, are there any

5   questions from the parties?  Mr. McNeil from

6   the Committee, I know I owe you call.

7   Otherwise, we will go ahead and go off the

8   record at this point at 12:17, Central Time,

9   reconvene at 12:30, Central Time.  Thank you,

10  all.

11              - - -

12          (A break was taken.)

13              - - -

14      MR. GRENARD:  Hi, good afternoon.  This

15  Josh Grenard again of Goldstein & McClintock,

16  counsel for the Debtor, here in case of

17  Dormify, Inc., Case No 24-12634 in the United

18  States Bankruptcy Court, for the District of

19  Delaware.

20      We are continuing the auction for

21  substantially all of the assets of Dormify,

22  Inc.  At this point, Richard Peel, financial

23  advisor for the Debtor, will provide all the

24  parties with the next round of bids and next

25  the bidding procedures.

1          MR. PEEL:   Thank you.   Round five bid, our

2    current highest bid amount is $750,000 from

3    Zapanas, LLC.  We're gonna be making a few

4    modifications for the next round.

5          First, we're going to be taking a

6    30-minute break for lunch.  And during that

7    time, we will ask that you submit your overbid

8    for round six.  That bid increment will be

9    $100,000.  In addition, to remain a bidder

10   going forward, you must make an overbid.

11         MR. GRENARD:  So for the clarification of

12   the record, at this point, all parties who want

13   to remain a bidders must bid, (a), $100,000

14   over the current highest and best bid of

15   $750,000 so that it's an $850,000 bid, plus all

16   bidders must make a bid in this round.  Are

17   there any questions?

18         Hearing none, we will go off the record,

19   at this point, at 12:34 p.m., Central Time.  We

20   will reconvene at 1:00 p.m.  And, again, all

21   bidders must make a bid of a minimum of

22   $850,000 and all bidders must make a bid.

23   Thank you very much.

24                    - - -

25         (A lunch break was taken.)

1                    - - -

2        MR. GRENARD:  Welcome back.  Here in the

3    case of Dormify Inc, Case No. 24-12634 in the

4    United States Bankruptcy Court, the District of

5    Delaware.  We had told all parties we'd return

6    at 12:00 o'clock.  Sorry, at 1:00 o'clock,

7    Central Time.  We're gonna extend that time to

8    1:15, Central Time.  Reminding, again, all

9    parties that, anyone who wants to continue to

10   bid must submit a bid in this round of bidding.

11    We will return in ten minutes.  Thank you very

12   much.

13                   - - -

14        (A short break was taken.)

15                   - - -

16        MR. GRENARD:  Good afternoon everyone.

17   We're returning back to the record at

18   1:20 p.m., central Time.  Josh Grenard of

19   Goldstein & McClintock, counsel for the Debtor.

20   Here again in Dormify, Inc., Case No. 24-12634.

21   We are returning for the next round of overbids

22   in round six of the auction.  At this point,

23   I'll turn it over to Richard Peel of B. Riley,

24   the Debtor's financial advisor, for the next

25   round of bids and the next round of overbids.

1    MR. PEEL:  Thank you.  First, I would like

2    to confirm that both Follett and DormCo have

3    decided not to make competing bids.

4    MR. GRODINSKY:  That's correct.  This is

5    Jeff Grodinsky from DormCo.

6    MR. PEEL:  Thank you.  And Follett.  It's

7    Justin or Dustin.

8    MR. THOMAS:  I believe their counsel may

9    have dropped off.  I'm not seeing him on here.

10    MR. GRENARD:  Okay.

11    MR. PEEL:  All right.  Follett has left

12    the building.

13    So round six we had two competing bids at

14    $850,000.  The next round, round seven, will

15    remain a bid increment of $100,000.  All

16    bidders will have to make a bid.  The amount of

17    time will be ten minutes.  So that will be 1 --

18    let's just call it.

19    MR. GRENARD:  1:45.

20    MR. PEEL:  1:45, Central Time.  Again, the

21    next competing bid amount must be at least

22    $950,000, 1:45, Central Time.

23    MR. GRENARD:  Are there any questions from

24    any parties?

25    MR. NELSON:  Yeah.  This is Phil Nelson

1    from Holland & Knight on behalf of

2    Williams-Sonoma.  So I assume that includes our

3    bid.  So who are we tied with?  I lost track of

4    who the other party is.

5          MR. GRENARD:  It's Zapanas.

6          MR. PEEL:  It's Zapanas.  Excuse me.  I'm

7    sorry.

8          MR. NELSON:  Okay.  So to clarify then, so

9    they put in their bid at 750, but they came

10   back and made another bid at 850.

11         MR. PEEL:  That is correct.

12         MR. GRENARD:  Yes.

13         MR. NELSON:  I see.  Interesting.  Okay,

14   very good.

15         MR. GRENARD:  Okay.  At this point, we'll

16   go off the record and return at 1:45 p.m.,

17   Central Time.  Thank you, all.

18         MR. NELSON:  Thank you.

19                    - - -

20              (A break was taken.)

21                    - - -

22         MR. GRENARD:  It's 2:00 o'clock, Central

23   Time, so 1:53 p.m.  We're back on the record.

24   Joshua Grenard, again, counsel for the Debtor,

25   Case 24-12364, pending in the United States

1   Bankruptcy Court, for the District of Delaware.

2       We are currently conducting the auction

3   for substantially all of the assets of the

4   Debtors.  We are now entering round eight of

5   the bidding process.  And I will now turn it

6   over to Richard Peel of B. Riley's, who is

7   conducting the auction on behalf of the Debtor.

8       MR. PEEL:  Good afternoon.  During round

9   seven we received two overbids.  The highest

10  overbid was $1 million by Williams-Sonoma,

11  Zapanas bid $930,000.  We reached out and

12  received a phone call from Follett that --

13  requesting if they could pass during round

14  seven.  They've been advised that we will allow

15  one pass.  But if they want to continue, they

16  will have to meet the next overbid amount,

17  which will be $1.1 million.  That bid deadline

18  will be 2:10 p.m., Central Time.

19      MR. GRENARD:  Are there any questions from

20  any auction participants?  All right.  At this

21  time, hearing none, we will go off the record

22  at 1:54 p.m., Central Time, and to continue.

23      MR. PEEL:  2:10.

24      MR. GRENARD:  2:10, Central Time, we will

25  reconvene.  Again, Joshua Grenard on behalf of

```
 1    the Debtors.  Thank you very much.
 2                    - - -
 3               (A break was taken.)
 4                    - - -
 5       MR. GRENARD:  We're gonna go back on the
 6    record at 2:44 p.m., Central Time.  Joshua
 7    Grenard, again, Goldstein & McClintock on
 8    behalf of the Debtors.  We're here today on
 9    Case No. 24-12634 in the United States
10    Bankruptcy Court, the District of Delaware.
11       We have announced the current standing bid
12    at 1 million.  And I will now pass it off to
13    Richard Peel of B. Riley, on behalf of the
14    Debtor, to announce the next portion of the bid
15    procedures.
16       MR. PEEL:  That's correct.  Follett has
17    decided not to make a continuing bid.  So they
18    have cleared the room.  We received no notice
19    from Zapanas that they meet -- plan to meet the
20    $1.1 million overbid requirement.  That leaves
21    Williams-Sonoma with a bid of $1 million as the
22    highest continuing the offer we speak here.  I
23    believe that is the final and top bid.
24       MR. GRENARD:  And, at that point, I
25    believe we are willing to go live.  If any
```

1    bidders are willing to overbid over $1 million

2    of Williams-Sonoma.  That's being auctioned

3    here.  Going once, going twice.

4        MR. PEEL:  Done.  $1 million for Williams

5    Sonoma.

6        MR. GRENARD:  At 2:45 p.m., Central Time.

7    Let me confirm that with Chief Restructuring

8    Officer.

9        MR. KIRCHHEIN:  Done.

10        MR. GRENARD:  Okay.  At this point, we

11    will close the auction.  We will take

12    Williams-Sonoma's APA.  It will be negotiated

13    amongst the Debtors and Williams-Sonoma and we

14    will proceed from there.

15        So Williams-Sonoma's bid was for the

16    majority -- I'm sorry.  All of the IP.  There

17    are other assets that do remain.  We are going

18    to take a 15-minute break to confirm the IP

19    assets with Williams-Sonoma, so that then we

20    can then talk to Campus Comforts and have a

21    discussion about what IP assets there may be

22    remaining, what contracts there may be

23    remaining and any other inquiry that may be

24    remaining.

25        So we will take a break from the record.

1    If anyone would like to drop off at this point,

2    all the IP assets have been sold.  But we will

3    continue with certain of the contracts, as well

4    as the inventory.  We'll take a 15-minute break

5    until 3:00 p.m., Central Time.

6                    - - -

7              (A break was taken.)

8                    - - -

9        MR. GRENARD:  Last time appearing on the

10   record.  This is Joshua Grenard on behalf of

11   Dormify, Inc., with Goldstein & McClintock.

12   We're here today in the case of Dormify, Inc.,

13   Case No. 24-12634, back on the record in the

14   United States Bankruptcy Court, for the

15   District of Delaware and for the Honorable

16   Thomas M. Horan.

17       We are confirming a auction has been

18   conducted certain of the college contracts.

19   And those have been awarded and the sole bidder

20   for those was Campus Comforts, Inc., who has

21   bid $90,000.  That bid will be time finalized

22   in terms of the APA that was already submitted.

23   And I believe that is.

24       MR. PEEL:  To be fair, that was for both

25   inventory and contracts.

1          MR. GRENARD:  Right, right.  Sorry, sorry.

2    Certain inventory and the contracts, yes.  All

3    right.

4          MR. PEEL:  Thank you.

5          MR. GRENARD:  Right.  Per the terms of the

6    APA.

7          MR. KIRCHHEIN:  Modified report.

8          MR. GRENARD:  Right.  Anything else that

9    we need to add on the record from either the

10   financial advisor or the CRO?

11         MR. PEEL:  We reached out to other parties

12   over the past hour to 90 minutes, they all

13   declined.

14         MR. KIRCHHEIN:  Good.  We're done.

15         MR. GRENARD:  With that, we will go ahead

16   and conclude this auction and go off the record

17   at 3:57 p.m., Central Standard Time.  Thank you

18   very much for all attending.  We all hope you

19   have a great day.

20         MR. PEEL:  Thank you, all.

21                    - - -

22         (Auction concluded at 4:57 p.m.)

23                    - - -

24

25

1

2

3                    C E R T I F I C A T E

4

5          I hereby certify that the proceedings and

6    evidence noted are contained fully and accurately in

7    the notes taken by me in the deposition of the above

8    matter, and that this is a correct transcript of the

9    same.

10

11

12

13

14

15

16    *Tisa R. Francis*
      --------------------------------

17                    Tisa R. Francis,

18                    Professional Court Reporter

19

20          (The foregoing certification of this

21    transcript does not apply to any reproduction

22    of the same by any means, unless under the

23    direct control and/or supervision of the

24    certifying reporter.)

25

## $

**$1** 24:10 25:21 26:1,4
**$1.1** 24:17 25:20
**$100,000** 20:9,13 22:15
**$25,000** 12:25
**$50,000** 17:19 18:23 19:2
**$500,000** 8:12,17,21
**$600,000** 10:9,16
**$625,000** 12:20
**$650,000** 13:15 17:15
**$700,000** 18:20 19:3
**$750,000** 20:2,15
**$850,000** 20:15,22 22:14
**$90,000** 27:21
**$930,000** 24:11
**$950,000** 22:22

## (

**(a)** 20:13

## 1

**1** 22:17 25:12
**10:25** 9:4
**11:00** 9:5,7,17 10:8
**11:04** 10:18
**11:35** 10:19 12:4
**11:36** 12:10
**11:37** 11:11
**11:38** 13:2
**11:39** 13:2
**11:41** 16:25
**11:55** 13:3
**12:00** 21:6
**12:01** 17:16
**12:02** 17:16

**12:03** 17:25
**12:15** 17:17 18:1,7
**12:17** 19:8
**12:30** 18:22,24 19:1,9
**12:34** 20:19
**15** 13:1 18:21
**15-minute** 26:18 27:4
**1:00** 20:20 21:6
**1:15** 21:8
**1:20** 21:18
**1:45** 22:19,20,22 23:16
**1:53** 23:23
**1:54** 24:22

## 2

**24-12364** 23:25
**24-12634** 4:8 9:25 12:13 17:8
    18:9 19:17 21:3,20 25:9 27:13
**25,000** 14:14
**2:00** 23:22
**2:10** 24:18,23,24
**2:44** 25:6
**2:45** 26:6

## 3

**30-minute** 20:6
**363** 16:4
**3:00** 27:5
**3:57** 28:17

## 4

**4:57** 28:22

## 7

**750** 23:9

## 8

**850** 23:10

## 9

**90** 28:12

## A

**a.m.** 10:8,19 12:10 13:3 16:25
**Absolutely** 10:21
**accept** 8:19
**accepted** 8:8,13
**actual** 4:22
**Adam** 7:8
**add** 28:9
**addition** 20:9
**additionally** 6:25
**address** 16:16
**Adler** 6:18
**advised** 24:14
**advisor** 7:10 18:16 19:23 21:24
    28:10
**afternoon** 18:18 19:14 21:16
    24:8
**ahead** 4:4 8:3,14 10:5 12:3 17:4,
    24 19:7 28:15
**Alexandra** 4:2
**allotted** 13:1
**allowed** 13:24
**Amanda** 5:3
**amount** 12:20 13:10 14:8 16:1
    17:14 20:2 22:16,21 24:16
**amounts** 9:13
**analyst** 10:4
**Anderson** 7:4
**Andrew** 7:5
**announce** 17:11 25:14
**announced** 10:23,24 25:11

**announcing** 18:13

**APA** 26:12 27:22 28:6

**appearances** 4:20

**appearing** 27:9

**approximately** 9:4

**asset** 16:1,11

**assets** 4:12 8:10,12 9:25 10:12 15:25 19:21 24:3 26:17,19,21 27:2

**assume** 14:14 23:2

**attend** 4:23

**attendees** 5:9

**attending** 5:12 28:18

**auction** 4:11,24 8:1,6,8,13 19:20 21:22 24:2,7,20 26:11 27:17 28:16,22

**auctioned** 26:2

**awarded** 27:19

**aware** 8:7

**B**

**back** 12:9 17:4 18:6 21:2,17 23:10,23 25:5 27:13

**background** 4:16

**Bankruptcy** 4:9 10:1 12:14 17:9 18:10 19:18 21:4 24:1 25:10 27:14

**Bass** 7:15,16

**Bayard** 6:18

**begin** 4:4,19 5:13 8:14

**behalf** 4:25 5:4,5,6,12 6:17 7:15, 20 23:1 24:7,25 25:8,13 27:10

**bid** 8:9,16,17,20,24 10:16,25 11:1 12:23,25 13:11,14,18,21,24 14:1 17:17,18,20 18:23 19:2 20:1,2,8, 13,14,15,16,21,22 21:10 22:15, 16,21 23:3,9,10 24:11,17 25:11, 14,17,21,23 26:15 27:21

**bidder** 5:14 7:20 8:1 20:9 27:19

**bidders** 4:22 5:13 17:23 20:13, 16,21,22 22:16 26:1

**bidding** 8:20,23 17:12,13 18:14, 17 19:25 21:10 24:5

**bids** 8:8,13 11:16 12:16 16:2,5 19:24 21:25 22:3,13

**break** 9:19 12:7 17:2 18:4,24 19:12 20:6,25 21:14 23:20 25:3 26:18,25 27:4,7

**building** 22:12

**C**

**call** 4:21 16:20 19:6 22:18 24:12

**called** 5:10

**Campus** 6:2 26:20 27:20

**case** 4:7,8 9:25 12:13 17:8 18:9 19:16,17 21:3,20 23:25 25:9 27:12,13

**central** 9:4,5 10:18,19 12:4,10 13:3 16:23,25 17:5,18 18:1,7,22 19:1,8,9 20:19 21:7,8,18 22:20,22 23:17,22 24:18,22,24 25:6 26:6 27:5 28:17

**chance** 9:11

**Chief** 5:1,17 26:7

**claims** 16:3

**Claricy** 6:20

**clarification** 20:11

**clarify** 15:21 23:8

**clear** 10:11 15:17 16:5

**cleared** 25:18

**close** 26:11

**Cohen** 7:7 11:4,8 16:13

**colleague** 5:25 7:5

**college** 27:18

**Comforts** 6:3 26:20 27:20

**committee** 7:2,5,6,8,11 19:6

**company** 5:4,5,6

**competing** 22:3,13,21

**conclude** 28:16

**concluded** 28:22

**concludes** 19:1

**concluding** 18:19

**conduct** 4:11 8:5

**conducted** 8:2 27:18

**conducting** 24:2,7

**confirm** 22:2 26:7,18

**confirming** 27:17

**consensus** 11:20

**consent** 14:22 15:15,22 16:6,12

**contact** 17:22

**continue** 21:9 24:15,22 27:3

**continuing** 19:20 25:17,22

**contracts** 26:22 27:3,18,25 28:2

**corporate** 5:19

**correct** 10:12,13 22:4 23:11 25:16

**correctly** 16:7

**Corroon** 7:4

**counsel** 4:6 5:16 7:4 9:23 12:12 17:7 19:16 21:19 22:8 23:24

**court** 4:9 10:1 12:14 15:5 17:9 18:10 19:18 21:4 24:1 25:10 27:14

**covers** 16:1

**creditor's** 7:2

**CRO** 28:10

**current** 16:5 20:2,14 25:11

**D**

**David** 5:15

**day** 8:24 28:19

**deadline** 10:8,17 16:22 17:17 24:17

**debt** 11:18

**Debtor** 4:6,12,25 9:23 12:12 17:7 18:9 19:16,23 21:19 23:24 24:7 25:14

**Debtor's** 5:1 10:4 18:16 21:24

**Debtors** 24:4 25:1,8 26:13

**decided** 22:3 25:17

**declared** 16:9

**declined** 28:13

**defer** 12:17 18:15

**Delaware** 4:9 10:2 12:15 17:10
18:11 19:19 21:5 24:1 25:10
27:15

**depending** 8:22 15:25

**details** 18:25

**DIP** 6:14,17 11:15 14:21 15:16,24

**directly** 9:14

**discussion** 26:21

**District** 4:9 10:2 12:14 17:10
18:11 19:18 21:4 24:1 25:10
27:15

**DLA** 7:15

**documents** 15:16

**Dormco** 6:6 22:2,5

**Dormify** 4:7 9:25 12:13 17:8 18:9
19:17,21 21:3,20 27:11,12

**drop** 27:1

**dropped** 22:9

**Dundon** 7:10

**Dustin** 4:1 7:19 22:7

---

**E**

**e-mailed** 9:14

**Education** 7:21

**Eerie** 5:7,8

**Eerie[sic** 5:7

**end** 18:22

**enter** 4:19 8:19

**entering** 24:4

**entity** 5:10

**Erhmann** 7:5

**Erica** 6:16

**establish** 8:23

**evaluate** 9:1

**exceeds** 8:21

**Excuse** 23:6

**exist** 15:15

**extend** 16:22 21:7

---

**F**

**fair** 27:24

**final** 25:23

**finalized** 27:21

**financial** 5:17 7:10 10:4 18:16
19:22 21:24 28:10

**fine** 16:19

**Fired** 6:16

**flexible** 9:9

**Follett** 6:2 7:20 22:2,6,11 24:12
25:16

**follow** 18:14

**forgot** 7:16

**forward** 20:10

**front** 4:10 17:10 18:11

---

**G**

**Ganzi** 7:9 15:23

**general** 5:16

**give** 16:20

**Goldstein** 4:6 5:2 9:23 12:11
17:6 18:8 19:15 21:19 25:7 27:11

**good** 4:5 5:22 6:1 7:17,18 8:15
10:6 16:11 18:18 19:14 21:16
23:14 24:8 28:14

**great** 28:19

**Grenard** 4:4,5 5:8 6:1,6,8,10,14,
24 7:12,16,22 9:14,16,21,22
10:10,14 11:22 12:2,9,11 13:20,
24 14:9,13,23 15:1,5,11 16:15,20,
24 17:4,6,21 18:6,7 19:4,14,15
20:11 21:2,16,18 22:10,19,23
23:5,12,15,22,24 24:19,24,25
25:5,7,24 26:6,10 27:9,10 28:1,5,
8,15

**Grodinsky** 6:7,9 22:4,5

**group** 6:15,21 7:21 10:5

**Guyer** 7:7

**guys** 8:7

---

**H**

**head** 5:19

**hear** 7:23

**hearing** 7:1 17:24 20:18 24:21

**held** 11:18

**higher** 7:21 8:23

**highest** 8:9,16 10:8,15,23 11:1
16:8,9 20:2,14 24:9 25:22

**Holland** 5:23 23:1

**Honorable** 4:10 18:11 27:15

**hope** 28:18

**hoping** 7:22

**Horan** 4:10 17:11 18:12 27:16

**hour** 28:12

**Howie** 5:18

---

**I**

**identify** 4:16,18 5:11

**includes** 23:2

**increment** 8:25 12:24,25 13:11,
13 14:6 17:18,20 18:23 19:2 20:8
22:15

**increments** 14:5,16

**individual** 8:5

**individually** 13:5

**individuals** 5:6

**information** 7:25

**initially** 6:22

**inquiry** 26:23

**instill** 12:22

**intellectual** 8:18

**interest** 14:25

**interested** 4:22

**Interesting** 23:13

**internally** 9:1

**introduce** 5:21

**inventory** 27:4,25 28:2

**invite** 6:24

**invited** 4:23

**IP** 8:10 10:11 26:16,18,21 27:2

———————————

**J**

**Jackson** 4:1 7:19

**Jacobson** 5:19

**Janet** 7:7

**Jeff** 5:18 6:9,10 22:5

**Jen** 7:9

**Jerry** 6:12

**Johnson** 4:1 6:16 7:20

**joining** 6:17,23

**Josh** 8:15 9:14 10:6 12:11 13:23 17:6 19:15 21:18

**Joshua** 4:5 9:22 18:7 23:24 24:25 25:6 27:10

**Justin** 22:7

———————————

**K**

**Karen** 5:5

**Kevin** 7:14,17

**Kim** 5:25

**King** 5:15

**Kirchhein** 5:1 9:8 26:9 28:7,14

**Knight** 5:23 23:1

**Kobbe** 7:14,18

———————————

**L**

**larger** 14:15

**lawyer** 5:19

**lawyers** 5:20

**leaves** 25:20

**left** 22:11

**legal** 16:13

**lender** 6:14 14:21 16:10

**lenders** 6:17 7:1 11:15 15:24 16:6

**lien** 15:25

**liens** 15:24 16:5

**Lisa** 5:25

**list** 5:9

**listen** 4:24

**live** 25:25

**LLC** 6:11,13 11:2,6 17:16 20:3

**lost** 23:3

**lunch** 18:25 20:6,25

———————————

**M**

**made** 10:25 23:10

**majority** 26:16

**make** 8:20 13:18 14:3 15:17 20:10,16,21,22 22:3,16 25:17

**making** 20:3

**Mcclintock** 4:6 5:3 9:23 12:11 17:7 18:8 19:15 21:19 25:7 27:11

**Mccracken** 7:7

**Mcneil** 19:5

**Mcneill** 7:3

**meet** 6:5 24:16 25:19

**members** 6:14 7:8

**mentioned** 8:16 10:7

**microphones** 4:15

**Mike** 6:4,6

**Miller** 4:1 7:20

**million** 24:10,17 25:12,20,21 26:1,4

**minimum** 11:23 12:1,24 13:13 20:21

**minutes** 13:1 16:18 18:21 21:11 22:17 28:12

**missed** 7:13

**modifications** 12:23 20:4

**Modified** 28:7

**morning** 4:5 5:22 6:1 7:17 8:15 10:6

**move** 12:21

**multiple** 10:7

**multiples** 14:7

———————————

**N**

**necessarily** 16:16

**negotiated** 26:12

**Nelson** 5:22,24 10:20,22 11:3 13:6,9,16,22 14:2,12,18 15:19 16:7,19 22:25 23:8,13,18

**nice** 6:4

**noise** 4:16

**non-members** 7:1

**noon** 16:23 17:5

**note** 17:18

**noteholder** 6:21

**noteholders** 6:25 11:15 12:3 14:22 15:12,14,23 16:4

**notes** 15:16

**notice** 25:18

———————————

**O**

**objection** 15:4,7

**offer** 25:22

**office** 5:17

**Officer** 5:2,18 26:8

**open** 8:7,24

**opened** 10:24

**opening** 8:16

**organization** 5:11,12

**overbid** 9:11,13 11:23 12:1,20 13:14,19 17:14 18:19 20:7,10 24:10,16 25:20 26:1

**overbids** 8:19 9:2,7 10:3,7,9,10, 18 17:11 18:13 21:21,25 24:9

**owe** 19:6

## P

**p.m.** 17:17,25 18:1 20:19,20 21:18 23:16,23 24:18,22 25:6 26:6 27:5 28:17,22

**participants** 6:21 24:20

**parties** 4:23 8:19 15:17 17:21 19:5,24 20:12 21:5,9 22:24 28:11

**party** 13:10,17 23:4

**pass** 24:13,15 25:12

**past** 28:12

**Peel** 5:3 8:3,14,15 9:13 10:3,6,13, 15,21 11:2,6,9,13,21,25 12:17,19 13:8,13,17 14:11,19 16:21 17:14, 22 18:15,18 19:22 20:1 21:23 22:1,6,11,20 23:6,11 24:6,8,23 25:13,16 26:4 27:24 28:4,11,20

**pending** 4:8 17:8 23:25

**people** 9:1

**permits** 8:23

**Phil** 16:17 22:25

**Phillip** 5:24

**phone** 24:12

**Piper** 7:15

**plan** 25:19

**play** 11:17

**point** 8:2,18 19:4,8,22 20:12,19 21:22 23:15 25:24 26:10 27:1

**portion** 25:14

**Potter** 7:4

**prepared** 9:2 10:16 16:16

**present** 4:21 5:14 6:7,19

**procedures** 17:12 19:25 25:15

**proceed** 26:14

**process** 8:20 9:9,10 11:17 12:23 14:4,17 16:9 24:5

**properly** 4:17

**property** 8:18

**provide** 15:19 18:25 19:23

**provided** 7:25

**put** 14:20 23:9

## Q

**question** 10:20 13:7,16 14:5 16:14

**questions** 9:8 11:10 13:4 14:19 16:22 17:23 19:5 20:17 22:23 24:19

## R

**reach** 13:5

**reached** 24:11 28:11

**ready** 15:20

**receive** 10:7 12:19

**received** 8:9 10:2 24:9,12 25:18

**recognize** 15:13

**reconvene** 9:7,17 11:11 12:4 13:3 17:25 19:9 20:20 24:25

**reconvening** 9:3

**record** 4:20 7:25 9:22 11:11,22 12:10 13:20 15:6,18 16:25 17:5, 25 18:6 19:8 20:12,18 21:17 23:16,23 24:21 25:6 26:25 27:10, 13 28:9,16

**recorded** 4:13

**reduce** 4:15 12:25

**reflect** 11:23

**remain** 18:23 20:9,13 22:15 26:17

**remaining** 26:22,23,24

**remind** 4:13

**Reminding** 21:8

**report** 28:7

**reporter** 15:5

**reporting** 12:16

**representing** 5:23 18:8

**requesting** 24:13

**required** 13:10

**requirement** 25:20

**reservation** 14:21 15:8,9,11,14

**reserve** 11:12

**reserved** 12:3

**reserving** 11:19

**respect** 4:21 11:14,19 14:22

**Restructuring** 5:1 26:7

**return** 9:21 21:5,11 23:16

**returning** 21:17,21

**Richard** 5:3 8:3 10:3 12:17 13:6 18:15 19:22 21:23 24:6 25:13

**rights** 11:14,19 12:2 14:21,22 15:8,10,12,14,15,22,25 16:6

**Rile,y** 18:15

**Riley** 5:3,9 8:4 9:15 10:4 12:18 21:23 25:13

**Riley's** 24:6

**roll** 4:21

**room** 6:19 25:18

**round** 8:25 10:17 11:25 12:19,22 13:9 14:10,12,13 15:3,13,21 17:13,15 18:14,16,19,21,22 19:1, 24 20:1,4,8,16 21:10,21,22,25 22:13,14 24:4,8,13

**rounds** 8:5,22 14:15

**run** 10:5

**Ryan** 5:7,8

## S

**sale** 9:24

**Sayer** 7:8

**Schoen** 6:4

**screen** 5:17

**secured** 6:25 7:1 11:18 16:3,6

**security** 14:24

**set** 8:4 9:3 10:17 11:24 12:16 14:9

**share** 10:25

**Shekell** 6:19

**short** 21:14

**sir** 6:8 7:23

**sold** 27:2

**sole** 27:19

**Sonoma** 26:5

**speak** 25:22

**speaking** 4:15,17

**specifically** 15:21

**Stan** 7:15,16

**Standard** 18:1 28:17

**standing** 15:4,6 19:2 25:11

**start** 4:20

**starting** 18:20

**States** 4:8 10:1 12:14 17:9 18:10
  19:18 21:4 23:25 25:9 27:14

**Steve** 6:18 7:3

**subject** 8:12

**submit** 9:2 20:7 21:10

**submitted** 8:11 27:22

**substantially** 4:12 9:24 10:11
  15:24 19:21 24:3

---

**T**

**table** 9:12 10:16

**Taimi** 5:18

**taking** 20:5

**talk** 16:17 26:20

**ten** 21:11 22:17

**terms** 27:22 28:5

**Thomas** 4:10 5:2 17:10 18:12
  22:8 27:16

**tied** 23:3

**time** 9:1,3,4,5,6,12 10:15,18,19
  12:4,10 13:1,3 16:23 17:6,18
  18:1,7,22 19:2,8,9 20:7,19 21:7,8,
  18 22:17,20,22 23:17,23 24:18,
  21,22,24 25:6 26:6 27:5,9,21
  28:17

**today** 4:7,25 8:2 25:8 27:12

**told** 21:5

**top** 25:23

**track** 23:3

**transcribed** 4:14

**transcriber** 4:17

**transcript** 4:18

**transparent** 9:10

**turn** 8:3 21:23 24:5

---

**U**

**understand** 14:3,4 16:7

**Understood** 11:21

**United** 4:8 10:1 12:13 17:9 18:10
  19:17 21:4 23:25 25:9 27:14

**unsecured** 7:2

---

**V**

**vary** 15:25

---

**W**

**waiting** 7:23

**wanted** 14:6

**Wilkis** 4:2

**William** 5:2

**Williams** 26:4

**Williams-sonoma** 5:14,16,23
  8:11,17 12:21 18:20 23:2 24:10
  25:21 26:2,13,19

**Williams-sonoma's** 26:12,15

**Wilson** 4:2

**winning** 16:11

**working** 14:16

---

**Y**

**YALE** 7:3

---

**Z**

**Z-A-P-A-N-A-S** 11:7

**Zachary** 6:19

**Zapanas** 6:11,12 11:2,6 17:15
  20:3 23:5,6 24:11 25:19

**Zoom** 5:18 6:18,22

**Zuckerman** 5:4,5 6:12 11:12,14
  14:20,24 15:2,9