**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | |

**AGENDA FOR HEARING SCHEDULED FOR**
**APRIL 28, 2025 AT 10:00 A.M. (EDT)[2]**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**MATTERS WITH ORDERS ENTERED:**

1. Motion for Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusivity to File Chapter 11 Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 190; Filed 3/18/2025]

*Objection Deadline:* April 1, 2025 at 4:00 p.m. (ET)

*Objections Filed:* None.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The address of the Debtor's corporate headquarters is P.O. Box 170376, Brooklyn, NY 11217.

[2] This hearing will be held in Courtroom 7, 3rd Floor, United States Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801. The start time has been changed to 10:00 a.m. (EDT) [See Docket No. 214].

*Related Documents:*

    a.    Certification of No Objection with Respect to Motion for Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusivity to File Chapter 11 Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 199; Filed 4/8/2025]

    b.    Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusivity to File Chapter 11 Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 204; Entered 4/8/2025]

**Status:**    An Order has been entered. This matter is resolved.

2.    Motion for Entry of an Order Approving Settlement with Standvast Fulfillment, LLC Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 192; Filed 3/21/2025]

*Objection Deadline:* April 4, 2025 at 4:00 p.m. (ET)

*Objections Filed:* None.

*Related Documents:*

    a.    Certification of No Objection with Respect to Motion for Entry of an Order Approving Settlement with Standvast Fulfillment, LLC Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 200; Filed 4/8/2025]

    b.    Order Approving Settlement with Standvast Fulfillment, LLC Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 201; Entered 4/8/2025]

**Status:**    An Order has been entered. This matter is resolved.

**MATTERS GOING FORWARD:**

3.    Motion for Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice related thereto, (B) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with such Bidder Providing for certain Bid Protections, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) (A) Approving the Sale of the Debtor's Assets, Free and Clear of All Interests and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 115; Filed 2/7/2025]

*Objection Deadline:* April 24, 2025 at 4:00 p.m. (ET)

*Sale Objections Filed:* None to Date.

*Cure Objections Filed:*

    a.    Objection of Shenandoah Framing, Inc. to Supplemental Cure Notice [Docket No. 207; Filed 4/14/2025]

*Related Documents:*

a. Order (I)(A) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (B) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter Into a Purchase Agreement With Such Bidder Providing for Certain Bid Protections, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) Scheduling the Auction and the Hearing to Consider Approval of the Sale, and (III) Granting Related Relief [Docket No. 151; Entered 2/21/2025]

b. Notice of Bidding Procedures, Auction Date, Potential Sale and Deadline to Assert Interest in Debtor's Assets [Docket No. 156; Filed 2/24/2025]

c. Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [Docket No. 167; Filed 3/3/2025]

d. Stipulation between Dormify, Inc. and Avalara, Inc. Amending Cure Notice with Respect to Avalara, Inc. [Docket No. 197; Filed 4/4/2025]

e. Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts (with Respect to Shenandoah Framing, Inc.) [Docket No. 203; Filed 4/8/2025]

f. Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [Docket No. 209; Filed 4/15/2025]

g. Notice of Auction [Docket No. 211; Filed 4/18/2025]

h. Notice of Completion of Auction and Designation of Successful Bidders [Docket No. 212; Filed 4/23/2025]

i. Certification of Counsel with Respect to Order (I) Approving the Debtor's (A) Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidders; and (II) Granting Related Relief [Docket No. 213; Filed 4/23/2025]

**Status:** This matter is going forward to approve the sale.

[Signature appears on next page]

|  |  |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted,<br>**GOLDSTEIN & MCCLINTOCK LLLP**<br><br>By: */s/ Maria Aprile Sawczuk*<br>Maria Aprile Sawczuk, Esq. (Bar ID 3320)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Telephone: (302) 444-6710<br>marias@goldmclaw.com<br><br>      -and-<br><br>Harley J. Goldstein, Esq. (admitted *pro hac vice*)<br>Ainsley G. Moloney, Esq. (admitted *pro hac vice*)<br>Joshua M. Grenard, Esq. (admitted *pro hac vice*)<br>William Thomas, Esq. (admitted *pro hac vice*)<br>111 W. Washington Street, Suite 1221<br>Chicago, IL 60602<br>Telephone: (312) 337-7700<br>harleyg@goldmclaw.com<br>ainsleyg@goldmclaw.com<br>joshuag@goldmclaw.com<br>willt@goldmclaw.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |