**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| In re:<br><br>DORMIFY, INC.,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-12634 (TMH)<br><br>Sale Hearing: April 28, 2025 at 10:00 a.m. (ET)<br>Sale Objection: April 24, 2025 at 4:00 p.m. (ET)<br>Related Docket No. 115 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SHENANDOAH FRAMING, INC. TO RESPECT TO ORDER (I) APPROVING THE DEBTOR'S (A) SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES OTHER THAN ASSUMED LIABILITIES AND (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO THE SUCCESSFUL BIDDERS; AND (II) GRANTING RELATED RELIEF**

Shenandoah Framing, Inc. ("SFI"), by and through its undersigned counsel, submits this limited objection and reservation of rights with respect to the Debtor's sale of assets and the Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [Docket No. 209] (the "Cure Notice") and respectfully represents as follows:

**BACKGROUND**

1. On November 18, 2024, Dormify, Inc. (the "Debtor") filed a voluntary petition or relief under Chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. The Debtor has continued to operate its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The address of the Debtor's corporate headquarters is P.O. Box 170376, Brooklyn, NY 11217.

3. On February 7, 2025, the Debtor filed the *Debtor's Motion for Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (B) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter Into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) (A) Approving the Sale of the Debtor's Assets, Free and Clear of All Interests and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (Iii) Granting Related Relief* [Docket No. 115].

4. On February 21, 2025, the Bankruptcy Court approved the *Order (I)(A) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (B) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter Into a Purchase Agreement With Such Bidder Providing for Certain Bid Protections, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) Scheduling the Auction and the Hearing to Consider Approval of the Sale, and (III) Granting Related Relief* [Docket No. 151].

5. On February 24, 2025, the Debtor filed the *Notice of Bidding Procedures, Auction Date, Potential Sale and Deadline to Assert Interest in Debtor's Assets* [Docket No. 156].

6. On March 3, 2025, the Debtor filed the *Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [Docket No. 167].

7. On April 8, 2025, the Bankruptcy Court entered the *Order Approving Stipulation Resolving Disputes Between the Debtor and Shenandoah Framing, Inc.* [Docket No. 202].

8. On April 8, 2025, the Debtor filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts (with Respect to Shenandoah Framing, Inc.)* [Docket No. 203] listing a cure amount of $0.00.

9. On April 14, 2025, SFI filed the *Objection of Shenandoah Framing, Inc to Supplemental Cure Notice* [Docket No. 207] (the "Cure Objection") indicating amounts, among other things, expected to be $26,440, plus additional amounts that it would incur from and after March 31, 2025.

10. On April 15, 2025, the Debtor filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [Docket No. 209] (the "Assigned Contracts").

11. On April 23, 2025, the Debtor filed the *Notice of Completion of Auction and Designation of Successful Bidders* [Docket No. 212] (the "Notice of Completion"). Subsequent to the auction and as described in the Notice of Completion, the Debtor expect to file the asset purchase agreements upon the execution by the successful bidders: (i) Williams-Sonoma for the IP Assets; and (ii) Campus Comforts, Inc. for the Limited Inventory and Contract Assets.

12. On April 23, 2025, the Debtor filed the *Certification of Counsel with Respect to Order (I) Approving the Debtor's (A) Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidders; and (II) Granting Related Relief* [Docket No. 213] (the "Proposed Sale Order").

13. SFI has reviewed the above-referenced documents filed on the Court's docket to determine whether the Debtor the alleged contract between SFI and the Debtor is to be assumed and

assigned to either of the purchasers. The documents on file are silent in this regard. SFI reached out to Debtor's counsel to get information on the matter. As of the time of this filing, SFI has not received any information from counsel as to: whether the SFI alleged contract is proposed to be assigned; if so, to which purchaser. Similarly, SFI has not received any information regarding the ability of either purchaser to provide adequate assurance of future performance. Nor has SFI had any communication regarding the dispute over cure amounts since SFI's filing of its Cure Objection (Docket 207).

14. To the extent that the Debtor seeks to assume and assign the SFI alleged contract, SFI opposes entry of the Sale Order. SFI reserves all rights.

Dated: April 24, 2025
Wilmington, Delaware

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE No. 2936)
**Whiteford, Taylor & Preston LLC**[2]
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: wtaylor@whitefordlaw.com

- and -

Bradford F. Englander, Esq.
**Whiteford, Taylor & Preston LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone: (703) 280-9081
Email: benglander@whitefordlaw.com

*Attorneys for Shenandoah Framing, Inc.*

---

[2] Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.