IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DORMIFY, INC.,[1] | ) | Case No. 24-12634 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND DISCLAIMERS REGARDING AMENDED MONTHLY OPERATING REPORT FOR THE PERIOD OF MARCH 1, 2025 THROUGH MARCH 31, 2025**

On November 18, 2024 (the "**Petition Date**"), the debtor-in-possession in the above-captioned bankruptcy case (the "**Debtor**") filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") commencing this chapter 11 case (this "**Chapter 11 Case**").

The Debtor has prepared and filed the attached monthly operating report and the exhibits thereto (this "**MOR**") for the period including March 1, 2025 through March 31, 2025 (the "**Reporting Period**") with the assistance of its advisors solely for the purpose of complying with the monthly operating requirements applicable in the Debtor's Chapter 11 Case and the instructions provided by the Office of the United States Trustee for the District of Delaware. The financial information contained herein is limited in scope, covers a limited time period, and is presented on a preliminary and unaudited basis.

The results of operations and financial position contained herein are not necessarily indicative of the results that may be expected for any period other than the Reporting Period and may not necessarily reflect the Debtor's future operational results and financial position. Unless otherwise noted herein, this MOR generally reflects the Debtor's books and records and financial activity occurring during the Reporting Period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the Reporting Period.

**RESERVATION OF RIGHTS**

The information furnished in this MOR includes normal recurring adjustments but does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP. Although the Debtor has made commercially reasonable efforts to ensure the accuracy and completeness of this MOR, inadvertent errors or omissions may exist.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The Debtor's mailing address is P.O. Box 170376, Brooklyn, NY 11217.

Accordingly, the Debtor hereby reserves all rights to dispute validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtor reserves the right to amend or supplement this MOR in all respects, if necessary or appropriate, but undertakes no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 Case or otherwise.

## SUPPORTING NOTES/DISCLAIMERS

1. **Debtor's Full-Time Employees**. The number of full-time employees of the Debtor as of the Petition Date does NOT include any part-time employees, employees who were furloughed as of the Petition Date, or independent contractors.

The Debtor's current employee count includes the Debtor's Controller and Co-Founder/President, but does not include the Debtor's Chief Restructuring Officer, any part-time employees, or employees presently furloughed.

2. **Debtor's Accounting Method.** In the Debtor's postpetition accounting records, the Debtor has moved from a modified cash basis accounting method to an accrual accounting method in the effort to capture all income and expenses as they accrue.

3. **Inventory**. In addition to smaller amounts of inventory held by other entities, the Debtor maintains certain inventory in several warehouses with an estimated market value, as of the date of its acquisition, of approximately $9 million. Such inventory may be subject to certain warehouseman's liens that may affect its ultimate book value.

4. **Trust Fund Taxes**. Although the Debtor has at all times been and remains current on its payment of trust fund taxes since the Petition Date, the Debtor understands that certain limited taxes related to the Debtor's interstate sales and its employees may remain outstanding as of the Petition Date and/or the end of the Reporting Period. The Debtor continues to work with its accountants and advisors to identify, quantify, and rectify any such outstanding amounts.

5. **Payments to Potential Insiders.** As it relates to Part 7, question (c), while reserving all rights as to whether any individual or entity constitutes an "insider" within the meaning of 11 U.S.C. § 101(31), the Debtor's Co-founder/President, Amanda Zuckerman Segal, is a full-time employee and is receiving compensation per her employment.

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS, 3/1/25 THROUGH 3/31/25**

|  | Eagle | Chase 9009 | Chase 0273 | Total |
|---|---|---|---|---|
| **Cash at 3/1/25** | $ 47,917.16 | $ 161,663.60 | $ 128,627.51 | $ 338,208.27 |
| **Receipts** | | | | |
| Accounts Receivable | $ - | $ 8,745.96 | $ 8,278.40 | $ 17,024.36 |
| Income | $ - | $ 900.76 | $ - | $ 900.76 |
| Tax Refund | $ 0.27 | $ - | $ 378.09 | $ 378.36 |
| **Total Receipts** | $ 0.27 | $ 9,646.72 | $ 8,656.49 | $ 18,303.48 |
| | | | | |
| **Disbursements** | | | | |
| US Trustee Fee | $ - | $ - | $ - | $ - |
| Operating Expenses | $ - | $ 10,826.82 | $ - | $ 10,826.82 |
| Professional Fees | $ - | $ - | $ 65,000.00 | |
| Insurance | $ - | $ 681.40 | $ - | $ 681.40 |
| Contractor Employees | $ - | $ 18,803.60 | $ - | $ 18,803.60 |
| Employee salary | $ - | $ 12,000.00 | $ - | $ 12,000.00 |
| Payroll Taxes | $ - | $ 918.00 | $ - | $ 918.00 |
| **Total Disbursements** | $ - | $ 43,229.82 | $ 65,000.00 | $ 108,229.82 |
| | | | | |
| **Transfers** | $ - | $ (9,646.72) | $ 9,646.72 | $ - |
| **Ending Cash 3/31/25** | $ 47,917.43 | $ 118,433.78 | $ 81,930.72 | $ 248,281.93 |

**BALANCE SHEET AS OF 3/31/25**

|  |  | Mar 31, 25 |
|---|---|---:|
| **ASSETS** | | |
|   **Current Assets** | | |
|     **Checking/Savings** | | |
|       10050 · Eagle 1088 | | 47,917.43 |
|       10060 · Chase 9009 | | 118,433.78 |
|       10070 · Chase 0273 | | 81,930.72 |
|     **Total Checking/Savings** | | 248,281.93 |
|     **Accounts Receivable** | | |
|       11000 · Accounts Receivable | | 48,177.26 |
|     **Total Accounts Receivable** | | 48,177.26 |
|     **Other Current Assets** | | |
|       **12100 · Inventory Asset** | | |
|         12110 · Inventory @ Standvast | | 9,000,000.00 |
|         12120 · Inventory @ Linon | | 12,749.50 |
|         12130 · Inventory @ Kassatex | | 20,245.60 |
|       **Total 12100 · Inventory Asset** | | 9,032,995.10 |
|     **Total Other Current Assets** | | 9,032,995.10 |
|   **Total Current Assets** | | 9,329,454.29 |
|   **Other Assets** | | |
|     18700 · Security Deposits Asset | | 66,673.68 |
|     19000 · Intangible Assets | | 4,681,095.43 |
|   **Total Other Assets** | | 4,747,769.11 |
| **TOTAL ASSETS** | | **14,077,223.40** |
| **LIABILITIES & EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       **Accounts Payable** | | |
|         20000 · Accounts Payable | | 563,835.79 |
|       **Total Accounts Payable** | | 563,835.79 |
|       **Other Current Liabilities** | | |
|         **26000 · Loans Payable** | | |
|           26100 · Eagle Bank Loan | | 2,191,926.56 |
|           **26200 · Convertible Notes** | | |
|             26210 · Convertible Notes Principal | | 13,680,021.47 |
|             26220 · Accrued Interest - Convertible | | 1,502,157.89 |
|           **Total 26200 · Convertible Notes** | | 15,182,179.36 |
|         **Total 26000 · Loans Payable** | | 17,374,105.92 |
|       **Total Other Current Liabilities** | | 17,374,105.92 |
|     **Total Current Liabilities** | | 17,937,941.71 |
|   **Total Liabilities** | | 17,937,941.71 |
|   **Equity** | | |
|     30000 · Opening Balance Equity | | -50,229,476.48 |
|     30100 · Common Stock | | 1,018.00 |
|     **30200 · Preferred Stock** | | |
|       30210 · Series Seed - 1 | | 321.00 |

|  |  |
|---|---:|
| **30220 · Series Seed - 2** | 529.00 |
| **30240 · Series B-1** | 178.00 |
| **30250 · Series B-2 and B-3** | 1,015.00 |
| **30260 · Series B-4 and B-5** | 4,257.00 |
| **30270 · Series B-6** | 2,971,039.00 |
| **Total 30200 · Preferred Stock** | 2,977,339.00 |
| **30300 · Additional Paid-in Capital** | 37,839,484.85 |
| **32000 · Retained Earnings** | -346,878.35 |
| **Net Income** | -619,065.27 |
| **Total Equity** | -10,377,578.25 |
| **TOTAL LIABILITIES & EQUITY** | **7,560,363.46** |

## STATEMENT OF OPERATIONS - PROFIT OR LOSS STATEMENT, 3/1/25 THROUGH 3/31/25

|  | Mar 25 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     46200 · Wholesale sales | 23,345.00 |
|     48300 · Sales Discounts | -2,742.50 |
|     48400 · Refunds | 900.76 |
|   **Total Income** | 21,503.26 |
|  **Gross Profit** | 21,503.26 |
|   **Expense** | |
|     61800 · Software | 16,849.33 |
|     63300 · Insurance Expense | 14,700.40 |
|     66000 · Payroll Expenses | |
|       66100 · Wages | |
|         66110 · Employee Salaries | 12,000.00 |
|         66300 · Contract Employees | 30,367.11 |
|       Total 66100 · Wages | 42,367.11 |
|       66200 · Payroll Taxes | |
|         66210 · Medicare | 174.00 |
|         66220 · Social Security | 744.00 |
|       Total 66200 · Payroll Taxes | 918.00 |
|     Total 66000 · Payroll Expenses | 43,285.11 |
|     66700 · Professional Fees | 65,000.00 |
|     67300 · Storage | 65,620.25 |
|     67400 · Third Party Fulfillment | 3.50 |
|     69000 · Tax Expense | -378.36 |
|   **Total Expense** | 205,080.23 |
| **Net Ordinary Income** | -183,576.97 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     81000 · Other Expense | 61,574.20 |
|   **Total Other Expense** | 61,574.20 |
|  **Net Other Income** | -61,574.20 |
| **Net Income** | **-245,151.17** |