# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 24-12634 (TMH)
DORMIFY, INC.,[1] :
: **Re: D.I. 23**
Debtor. :
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Rules"), Stuart M. Brown, C. Kevin Kobbe, and Roxanne M. Eastes of DLA Piper LLP (US) (collectively, "Counsel") hereby withdraw their appearance on behalf of Standvast Fulfillment, LLC, ("Standvast"), a creditor and party in interest in the above-captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that Counsel requests that service upon them of all future notices and pleadings, electronically or otherwise, be discontinued, and further requests that they be removed from the electronic (ECF) service list. In addition, as required by Rule 9010-2(b)(ii), Counsel certifies that Standvast has no controversy pending before the Court and consents to the withdrawal.

*[Remainder of page intentionally blank]*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The location of the Debtor's corporate headquarters is 286 5th Avenue, Floor 11, New York, NY 10001.

| | |
|---|---|
| Dated: June 18, 2025<br>  Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/ Stuart M. Brown<br>Stuart M. Brown (DE Bar No. 4050)<br>Roxanne M. Eastes (DE Bar No. 6654)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>         roxanne.eastes@us.dlapiper.com<br><br>and<br><br>C. Kevin Kobbe (admitted *pro hac vice*)<br>650 South Exeter Street, Suite 1100<br>Baltimore, Maryland 21202<br>Telephone: (410) 580-4189<br>Facsimile: (410) 580-3189<br>Email: kevin.kobbe@us.dlapiper.com<br><br>*Counsel to Standvast Fulfillment, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2025, a copy of the foregoing was served on all parties receiving CM/ECF notices in this case.

/s/ *Stuart M. Brown*
Stuart M. Brown