# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DORMIFY, INC.,[1] | ) Case No. 24-12634 (TMH) |
| | ) |
| Debtor. | ) Related to Docket No. 151 |

> **THIS NOTICE RELATES TO AN AUCTION IN WHICH THE DEBTOR PROPOSES SELL SUBSTANTIALLY ALL OF ITS ASSETS.**

## NOTICE OF REOPENED AUCTION

**PLEASE TAKE NOTICE** that, on February 21, 2025, the United States Bankruptcy Court for the District of Delaware (the "*Court*") entered that certain *Order (I)(a) Approving Bidding Procedures for the Sale of the Debtor's Assets and the Form and Manner of Notice Related Thereto, (b) Authorizing the Debtor to Select a Stalking Horse Bidder and Enter into a Purchase Agreement with Such Bidder Providing for Certain Bid Protections, and (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (II) Scheduling the Auction and the Hearing to Consider Approval of the Sale, and (III) Granting Related Relief* [D.I. 151] (the "*Bidding Procedures Order*"),[2] which approved, among other things, procedures (the "*Bidding Procedures*") pursuant to which Dormify, Inc. (the "*Debtor*") is authorized to solicit and pursue a sale of substantially all of the Debtor's assets (the "*Assets*") under section 363 of the Bankruptcy Code (the "*Sale*"). An Auction was held on April 21, 2025, at which certain of the Assets were sold. ***All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.***

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures, the Debtor plans to reopen the Auction for the sale of certain remaining previously marketed inventory assets (the "*Remaining Inventory Assets*"). A list of the Remaining Inventory Assets is available upon request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that all parties which seek to bid on the Debtor's Remaining Inventory Assets are required to place a bid via email by **June 27, 2025 at 4:00 P.M. (ET). Bids are required to be sent via email to Goldstein & McClintock LLLP, Attn: Maria Aprile Sawczuk (marias@goldmclaw.com), Joshua Grenard (joshuag@goldmclaw.com), and William Thomas (willt@goldmclaw.com).** Such bidding parties will be deemed Qualified Bidders as to the Remaining Inventory Assets.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Dormify, Inc. (5123). The address of the Debtor's corporate headquarters is P.O. Box 170376, Brooklyn, NY 11217.

[2] Capitalized terms used but not defined have the meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Debtor is authorized to reopen the Auction for the Remaining Inventory Assets. The Auction will occur on **July 2, 2025 at 10:00 A.M. (ET)/9:00 A.M. (CT) remotely via the following Zoom link:**

Zoom Link and Information:
https://us02web.zoom.us/j/89157799696?pwd=iLMWJu7uumJxmz64U5kYSfJ3zzGJJB.1

Meeting ID: 891 5779 9696
Passcode: 751650

Only (a) Qualified Bidders as to the Remaining Inventory Assets and their legal and financial advisors, (b) the Consultation Parties and their respective advisors, and (c) actual creditors of the Debtor (provided that they give at least 48 hours' notice to the Debtor's counsel of their intention to attend an Auction via email to Goldstein & McClintock LLLP, Attn: Maria Aprile Sawczuk (marias@goldmclaw.com), Joshua Grenard (joshuag@goldmclaw.com) and William Thomas (willt@goldmclaw.com), shall be entitled to attend the Auction. If an Auction is cancelled, the Debtor shall file a notice of cancellation of the Auction.

**GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (admitted pro hac vice)
Ainsley G. Moloney, Esq. (admitted pro hac vice)
Joshua M. Grenard, Esq. (admitted pro hac vice)
William H. Thomas, Esq. (admitted pro hac vice)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleym@goldmclaw.com
joshuag@goldmclaw.com
willt@goldmclaw.com

*Attorneys for the Debtor and Debtor-in-Possession*