

8899 E 56th Street
Indianapolis, IN 46249

**U.S. Customs and Border Protection**

11-12-2025

RECEIVED
2025 DEC -4  P 12:05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy Clerk's Office,
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: Dormify, Inc
    Case Number: 24-12634

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases. Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

*Stefanie Vargo*

Jessica Vandemark
Section Chief
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

*Enclosures*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Dormify, Inc. | )  Bankruptcy Case No. |
| | ) |
| | ) |
| | ) |
| Debtor | )  24-12634 |

### NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 24-12634. U.S. Customs and Border Protection hereby withdraws in its entirety its claim previously filed in this case.

DATE: 11-12-2025

Stefanie Vargo
Jessica Vandemark
Section Chief
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection


**FROM:**

U.S. Customs and Border Protection
Revenue Division, Bankruptcy Team
Attn: Mail Stop 203-JA
8899 E 56th Street
Indianapolis, IN 46249-3300





USPS TRACKING #

9488 8090 0027 6345 3537 12

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F October 2023
OD: 12 1/2 x 9 1/2

**TO:**

Bankruptcy Clerk's Office,
824 Market Street, 3rd Floor,
Wilmington, DE 19801